# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Jesse Vang (17451)
_____,
(Full Name of each Plaintiff)

Plaintiff(s),

v.

Manitowoc County Jail &
(176) Sergeant Taddy, C/O Shulander (391)
(Full Name of each Defendant)

Defendant(s).

Case No. 25-C-1892
(Supplied by Clerk)

DEC 01 2025

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **PLACE OF PRESENT CONFINEMENT** (Provide full address)
Manitowoc County Jail
1025 South 9th Street Manitowoc, Wisconsin 54220

   A.  Is there a grievance procedure in your prison/jail?   YES ☒   NO ☐

   B.  Have you filed a grievance concerning the facts relating to this complaint?

      YES ☒   NO ☐

II. **PARTIES**

   A.  Your name (Plaintiff)  Jesse Vang

   B.  Prisoner I.D. Number  17451

   C.  Social Security Number (Last Four Digits Only)  0802

   D.  Your Address (City & State)  Kimberly, WI
(For additional plaintiffs provide the same information in the same format on a separate page.)

E. DEFENDANT (name) __Taddy & Shulander__
   is employed as __Manitowoc Sheriffs' office, A Sergeant__
   at __Manitowoc Sheriffs' office__

F. Additional DEFENDANTS (name, position, and place of employment):

   __Manitowoc Sheriffs' office, (Manitowoc County Jail)__

III. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action? ☐ YES  ☒ NO

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? ☐ YES  ☒ NO

   C. If your answer is YES to either of the above questions, provide the following requested information.

   1. Parties to the previous lawsuit

   Plaintiff(s): _____

   Defendant(s): _____

   2. Date filed _____
   3. Court where case filed (if federal court, name district: if state court, name the county)
   4. Case number and citation _____
   5. Nature of claim _____

6. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

7. If resolved, date of disposition _____

8. If resolved, state whether for _____ (plaintiff or defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM

A. State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the name of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra pages, if necessary. Unrelated separate claims should be raised in a separate civil action.

(See Attachments) (page 1)

I have been incarserated at Manitowoc County Jail since February 20th 2024, and since about September, 2024, the staff here has been discriminating against

**STATEMENT OF CLAIM continued**

- 3 -
Case 2:25-cv-01892-JPS    Filed 12/01/25    Page 3 of 7    Document 1

me. My main claim is, I am being targeted by the staff here, and I have brought this issue up many times to the jail administrator LaCrosse through requests and grievances, but nothing has been done about it.

I have been sent to Segregation multiple times over things like having extra pairs of socks and T-shirts, and not having the 'proper attire' on. Which, other inmates commits the same, on a daily basis, yet I am the one who gets written up and thrown into Segregation.

In fact, on 7/7/25, I was sentenced by Srgt. Taddy to serve 10 days, (10 days is the maximum days an inmate can get per Major incident report; 3 minor reports equal a Major) over an incident that started with C/O Shulander about proper attire, which, C/O Shulander said I was also disobeying an order, and disrespecting him, All in which, I believe that officer Shulander had plans to give me 3 minors to make it a major and so I would be re-classified to A Maximum Security housing Unit, which is 20-hours lock up after ones initial sentence of 23 hour lock up for their days given at their hearing.

This has been an on-going issue and I have wrote

**IV** <u>Statement of Claim</u> (continue) page 3

multiple grievances for staff to wear body cam or have audio in our videos that we requested to be saved, for the security and safety of inmates and of staff. But nothing has been done. [Note: It is difficult to prove my case without audio.]

I do have video proof and request forms as proof that I am being targeted, as the videos will show that other inmates are committing the same acts, yet only I was being targeted, questioned or told by name, to follow the rules.

I have grieved to the Jail Administrator that if I am being sent to segregation for these incidents, so should others, and for staff to not pick and choose who they want to send to segregation, because that is injustice and unfair.

This is a discrimination lawsuit case against Manitowoc County Jail's staff and it's department as a whole, because I believe the few officers I have mentioned are targeting me by my race, color and or charges. I don't appreciate the unproffessionalizm of this county and the stress and being treated unfairly while being incarserated here.

Thank You,
Jesse Vang

B. State briefly your legal theory or cite appropriate authority.

Discrimination
Cruel & Unusual Punishment, violation of my 8th amendment;
Equal Protection of the law, violation of my 14th amendment

## V. RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

Punitive Damages; Deter future misconduct
Compensatory Damages; Pain and Suffering, Injunctive Relief
Declaratory Relief

_____

_____

_____

_____

_____


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 15th day of November, 2025

_____
Signature of Plaintiff(s)

_____
(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s) 17451

- 5 -

Case 2:25-cv-01892-JPS    Filed 12/01/25    Page 7 of 7    Document 1