Jesse Vang
1025 South 9th Street
Manitowoc, WI 54220





Clerk, United States Distr
United States Courthouse, Room

517 East Wisconsin A

Milwaukee, Wisconsin. 5