

Manitowoc County Jail — Grievance: [Step 1] Initial Complaint

72122
## Grievance: [Step 1] Initial Complaint
Submitted: 9/5/2024 6:45 AM

**Denied**
Processed: 9/6/2024 6:43 AM

JESSE VANG
Location: Seg / Commons
Identifier: 17451
Birthdate: [redacted]

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
9/3/24

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt.Smith

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
I did not have a formal hearing. I did not get legal counsel. I wanted to plea my case. My civil rights are in violation and procedures of due process are in violation. I was told if i did not sign and initial the waiver paper , Sgt Smith would still sign the paper and just go about his day. C/o taddy, hobowiltz and a new c/o was withness to this.

State how you feel this INITIAL COMPLAINT should be resolved:
Take off my minor reports of contraband, and transfer of property. Since i did not get to plea my case or have an official hearing for my story to be heard. I do not agree with Sgt. Smith decision(s).

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.




**Responses**

Sgt Smith went over the administrative hearing paperwork and noticed jail staff beforehand forgot to have you initial the second page of the paperwork. That part in your due process, was the hiccup. Sgt Smith conducted a hearing for you so you can explain your side of the discipline report. Sgt Smith and jail staff gave you an opportunity to explain yourself and you did. You got time served on the discipline report. no extra discipline days to serve. Unfortunately, you were not happy we didn't expunge it off your record here, but it stays on your record (file) with us as long as you are incarcerated here. You did not get charged with anything and had no extra days to serve in discipline.
*Steven Smith @ 9/6/2024 6:43 AM*



72220
Grievance: [Step 2] Formal
Submitted: 9/6/2024 10:50 AM

Complete
Processed: 9/11/2024 9:04 AM

JESSE VANG
Location: Seg / Commons
Identifier: 17451
Birthdate: [redacted]

**Fields**

Date of the incident:
9/3/2024

State your DETAILED grievance below:
On 9/3/24 I was supposed to have a formal hearing for my incident reports on 9/1/24 or 9/2/24. (Transfer of property and contraband). I had a hearing at about 10am but was not offered any legal counsel nor a proper hearing to plea or explain my case. There was Sgt. Smith, c/o hobowiltz, c/o taddy and a new trainie. Sgt. Smith said that he would give me timed served, which I was sent to the hole monday at 130am (9/2/24). I told sgt smith that why am i not getting a chance to explain my case and why do i not have legal counsel, for which i knew that that was how incident reports operated. He said that they do not do that here and for me to sign and initial the waiver paper. I told sgt smith, what would happen if i refused to sign it because i did not get a formal hearing and he replied, 'Than Ill sign it and go about my day', feeling theres no option i signed the paper. I feel as though my civil rights and rights to a due process has been violated.

State how you feel this grievance should be resolved:
expunge or erase or clear the incident reports, transfer of property and contraband, off my jail record/portfolio.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

**Responses**

When Sgt Smith was notified that you were not provided the correct waiver paperwork prior to you accepting your days. Sgt Smith correctly stopped your hole time and only had you sit the initial 24 hours due to you not being aware of your rights. Unfounded
*Jack Valukas @ 9/11/2024 9:04 AM*

PAGE 2

ITS COPY 3F

Manitowoc County Jail

Grievance: [Step 3] Appeal



72512

Grievance: [Step 3] Appeal

Submitted: 9/11/2024 12:11 PM

Complete

Processed: 9/13/2024 11:43 AM

JESSE VANG

Location: Seg / Commons
Identifier: 17451
Birthdate: [redacted]

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
9/03/24

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
In step 2 of my initial grievance, Lt responds that Sgt. Smith only informed me of my waiver, which I am stating again from step 1, that I did not want to waive any hearings and wanted to have a formal hearing with a representative by my side and if needed , I could call any witness's on my behalf.. Again I did not get a proper hearing or due process and my rights to a hearing were violated.

State how you feel this grievance should be resolved:
Take off the charges or incident reports of transfer of property and contraband on 9/2/24 (sunday @130am)

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

**Responses**

GRIEVANCE AFFIRMED. DUE TO ISSUES WITH THE DUE PROCESS OF THE HEARING, VIOLATIONS HAVE BEEN VOIDED AND YOUR CLASSIFICATION HAS BEEN RETURNED TO MINIMUM.

*Andrew LaCrosse @ 9/13/2024 11:43 AM*

PAGE 3

MANITOWOC COUNTY JAIL
INMATE REPORT

**DATE:**

**TIME:** 1145

**REPORT OFFICER:** CO Carlton

**VIOLATION LITERAL: RULE VIOLATION**

**LOCATION: BLOCK**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):** Vang, Jesse

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**ACTION TAKEN: ADMINISTRATIVE HEARING**

| | |
|---|---|
| **REMARKS:** | A15 - Possession of Contraband - Items, objects, or things prohibited by law, or that which specific permission has not been granted for the inmate to possess, used in manner other than intended.<br><br>A04 - Disrespect to Staff / Anyone - No disrespecting anyone. Body language or verbal display that is abusive, profane, or vulgar in nature, directed towards staff, that interrupts daily operations. This includes verbal and written forms of disrespect |
| **NARRATIVE:** | I CO Carlton was working at the Manitowoc County Jail on the above date and time with SGT Smith, CO Taddy, & CO Ording. While conducting a routine cell search within Administration Cell 1S2, where inmate Vang, Jesse was housed, I discovered a soap box containing colored pencils. Upon further inspection of the soap box, I observed a metal object concealed inside. I removed the item and identified it as a nail from a battery. This item is classified as contraband per facility policy.<br>As I continued to search in Vangs cell the following items were found<br>Three (3) extra thermal tops<br>One (1) extra blanket<br>Two (2) extra T-shirts<br>Two (2) extra pairs of socks<br>All the above are considered contraband items as they exceed issued quantity of 7 whites, & 2 blankets. The thermals belonged to another inmate that is no longer here and was disposed of. A20-Unauthorized transfer of property |

Page 4

# MANITOWOC COUNTY JAIL
# INMATE REPORT

| | |
|---|---|
| | Vang was informed that he would be receiving disciplinary action for possession of contraband. In response, Mr. Vang stated, "This is bullshit," and claimed he did not remember having the items, stating he had found the nail some time ago and forgot about it.<br>Vang was then informed he would be going to 3B Block to serve discipline. Vang stated he didn't understand why he was being disciplined, as he forgot about the nail.<br>As Vang proceeded to the elevator, he made a comment, stating, "You are nothing but a bunch of hoes and now you're after me." Once in the elevator, I attempted to return his blanket, but Mr. Vang refused to take it, stating that he did not want it.<br><br>For the rule violations, I will be offering Vang 5 days total of discipline. If he wants a hearing it will take place on 05/05/2025 @ 2300 His initial 24 hours is:<br>In 05/04/2025 @ 1035<br>Out 05/09/25 @ 1035<br><br>EOR 242 |
| SUPPLEMENT: | |

**REVIEWING OFFICER**: S169

Page 5



**85918**
**Grievance: [Step 1] Initial Complaint**
**Submitted: 5/6/2025 11:25 PM**

**Complete**
**Processed: 5/6/2025 11:49 PM**

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2nd-May 4th 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgrt Smith, co Carlton, co taddy

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
On may 2nd around 330-430 pm, Dave Wilson used the phone to call his momand said som threatening and vulgar languages about me. This was the 3rd time wilson had harrased me by bringing up my charges. So, in response, i yelled at wilson that if he had an issue with me ,to address it directly to me, he said nothing, making things look like only i was verbally attacking him. ( Ryan Shroeder is a witness to the harassments). At 5pm, same day, co taddy was collecting trays and I asked taddy if i could go view my discovery. Taddy came back at 530 to get me. At that time I said to taddy, hey thanks i need a break from wilson. I then told taddy I was just trying to stay away from wilson and that I would be reclassified on may 4th but was waiting specifically for Srgt Dunn to get back on monday May 5th, because me and Dunn had talked about a safe enviorment for me being in general population. Knowing this, i believe co taddy and Srgt Smith conspired to mess up my reclass status. On, (cntd)

State how you feel this INITIAL COMPLAINT should be resolved:
For Srgt Smith to stop targetting me, and to not pick or chose who you want to write up.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

You were offered a hearing for your discipline and chose not to take the hearing to challenge the discipline. None of the CO's or SGTs are targeting you. You on your own are in control of your own behavior and things you keep in your cell. Unfounded.
*CO Maloney @ 5/6/2025 11:49 PM*

Page 6

Manitowoc County Jail

Grievance: [Step 1] Initial Complaint



**85981**
**Grievance: [Step 1] Initial Complaint**
**Submitted: 5/7/2025 10:44 PM**

**Complete**
**Processed: 5/8/2025 11:31 AM**

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4th, 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith, carlton, taddy.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Cont/ page 2, (ran out of time yesterday, also i kept getting logged out of kiosk) . On May 3rd, Saturday, Sgt. Smith put me and Dave wilson in a one hour out at a time disapline which started around 330pm. I dont agree with this because, I initially did not threatned Wilson. Then, around 6 pm, i felt as though i was being mistreated, so i asked to talk to sgt smith , to explain why am i being punishedwhen wilson was the one who started the harassment, yet even though the knew about the harassment, wont do anything about it, not until , i re-acted and write both ofus up. Theres no disrespect prevention here. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Write everyone up. Stop harassing me.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page #7

**Responses**

For safety and security of the jail, you both were given alternate out times due to not getting along. DENIED
*SGT Adleman @ 5/8/2025 11:31 AM*







**85982**
**Grievance: [Step 1] Initial Complaint**
**Submitted: 5/7/2025 10:59 PM**

**Complete**
**Processed: 5/8/2025 11:39 AM**

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2- may 4 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith , carlton, taddy

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
page 3 (cont) So i asked Sgt Smith to come and speak with me and he jus ignored me. C/o naidl was also on the intercom,and after a fe exchanges, Sgt Smith said , " just shut the fuck up". So far everytime I or someone that hasbrought up me being threatened about charges, nothing has been done. Only a reply , "we'll keep an eye out on the block". Im frustrated to the point where, if a person threatens me , especially more than 3 times, I would probably handle things myself, since staff wont. I went to Admin Seg for 2 months for a reason, to stay away from the bs andto decompress. Back to the night of saturday may 3rd, 11pm, I had a bad feeling Sgt. Smith was going to come to work and harass me. So i buzzed the intercom,and asked Sgt Schmicheal if he could please move me to generl population before breakfast, because i was geting re-classed to minimum the next morning, May 4th. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Write everyone up, stop harassing me.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 8

**Responses**

Staff will address any concerns you may have appropriately, with the information they are given. Denied.
*SGT Adleman @ 5/8/2025 11:39 AM*







85983

**Grievance: [Step 1] Initial Complaint**

Submitted: 5/7/2025 11:08 PM

**Complete**

Processed: 5/8/2025 11:41 AM

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt smith , taddy carlton.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
page 4 (cntd) Sgt. Schmicheal replied, " Im not doing all that and dont worry, Smith has bigger things to worry about thango after you". So i took Schumicheals word for it and thought to myself, maybe im just over reacting. Then, when morning came, at 645 am, Dave wilson was let out of his cell until about 10am , we got cell searched at 1005. If me and Wilson was supposed to be on disapline of one hourout each, I definately did not get my hour(s) out.( view cameras for confirmation). Even if/though i am sleeping , Sgt. Smith still could of opened my door as sceduled. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Write everyone up for thesame offenses.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☐ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 9

**Responses**

Staff will address appropriately with the information given. Due to not getting along, you were locked in alternating time out of cell. Denied
*SGT Adleman @ 5/8/2025 11:41 AM*







85984

**Grievance: [Step 1] Initial Complaint**

Submitted: 5/7/2025 11:20 PM

**Complete**

Processed: 5/8/2025 11:46 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt.Smith , carlton, taddy.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Page 5 /// I then was sent to an interview room , during search, and i already knew i was going to the hole or seg, or b-block. While i was in the interview room, i wasonly thinking about hopefully, they dont read my legal papers/notes. When the 3 came to the interview room, Carlton showed me a ziplock bag containing a needle of some sort. He said what is this and i said i found that some months ago and put it in my colorbox and forgot i even had it. ,then i said, " why? , are you saying that, that is a weapon?" Crlton replied "yes". I purposedly asked that question to confirm to myself tht if they found something, anything, it was going to be blown out of proportion. Than Carlton replied, were giving you 4 days. With the complications that has been going on all weekend with Smith and his team and with dave wilson harassing me, i replied in anger, youll some hoes and youll out to get me. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Stop harasing me and write everyone up the same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

Cell searches can be conducted anytime for safety and security of the jail. Contraband was found in your cell. You were disciplined accordingly. Denied
*SGT Adleman @ 5/8/2025 11:46 AM*

Page 10







85985
**Grievance: [Step 1] Initial Complaint**
Submitted: 5/7/2025 11:34 PM

Complete
Processed: 5/8/2025 11:50 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

- [ ] This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.
- [x] This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)
- [x] This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith, carlton, taddy.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Page6, Nothing was explained to me, i was just told illget 4 days and will get an explaination when i get my incident report. The part i do not understand is , once i got my report, how can i get 4 days as major , when the original charges were just 2 minors, then my comment making it 3 minors. So if i would of never made the comment, how'd they come up with 4 days? Im not denying the charges, though they were pity, besides the needle, i just dont appreciate being harassed, being targeted, beingprovoked, being disrespected, and (racially) discriminated. Ive been here 16 months and the staff that i actually converse with willvouche that i am a polite and respectful indiviadual. I almost didnt write this grievance due to me being tired of the on-going issues between me and Sgt. Smithand i dont want to keep being targeted or retaliated on, but the harassment needs to stop. I dont have an issue with Sgt.Smith , so id appreciate some respect and i will return to same respect.

State how you feel this INITIAL COMPLAINT should be resolved:
Stop harassing me and write everyone up the same.

- [x] If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.
- [x] By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.
- [x] I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 11

**Responses**

You were given your discipline report. You were offered days. You had the option to go to the hearing. You waived your hearing. Denied
*SGT Adleman @ 5/8/2025 11:50 AM*







85986

**Grievance: [Step 1] Initial Complaint**

Submitted: 5/7/2025 11:39 PM

Complete

Processed: 5/8/2025 11:52 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4 2025.

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith carlton, taddy,

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
page 7 NOTE--- Ive had cell bunk searches in the past and extra clothing was just taken, no one was written up for it. So if you chose to write me up please write everyone up for the same thing. Asforthe extra blanket, apparently there are two ways to look up the list, I am approved the 3rd blanket as a alternative to not having a c- pap maching, so honestly i dont even see how that can expire but , it shoul not be my fault.

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 12

**Responses**

You were issued a discipline report. You had the opportunity for a hearing. You chose to waive it. Denied.
*SGT Adleman @ 5/8/2025 11:52 AM*

Manitowoc County Jail

Grievance: [Step 2] Formal 

86124
**Grievance: [Step 2] Formal**
Submitted: 5/9/2025 10:01 PM

**Complete**
Processed: 5/12/2025 11:09 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Date of the incident:
5/2/2025

State your DETAILED grievance below:
I understand that i waived the charges, im not attesting, i would just appreciate some respect from staff that, since everyone knowsabout my charges, to help intervien before things escalate. Also, to stop harassing me by , if your staff would write me up for certain disaplinary actions, just write everyone up equally, and do not just target me. Thank you.

State how you feel this grievance should be resolved:
Staff to stop targeting me and writeeveryone up equally.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

You committed an infraction of jail rules, you were written up for these infractions, and you waived you hearing. Denied
*LT Valukas @ 5/12/2025 11:09 AM*

Page 12.5

# MANITOWOC COUNTY JAIL
# INMATE REPORT

**DATE: 7/7/2025**

**TIME:** 0700

**REPORT OFFICER:** Shulander 391

**VIOLATION LITERAL: RULE VIOLATION**

**LOCATION: BLOCK**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):** Vang, Jesse

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**ACTION TAKEN: ADMINISTRATIVE HEARING**

| **REMARKS:** | Disrespect(A04), Proper Attire(A16), Disobey Orders(A02) |
|---|---|
| NARRATIVE: | On the above date while conducting my security check on 3rd Floor of the Manitowoc County Jail, I observed inmate Vang, Jesse using the bathroom area with no uniform on and only wearing thermals. This is a violation of Proper Attire(A16), I then handed him his uniform from his bunk and advised him to put the uniform on and that it needs to be on while off his bunk. Vang walked past me with the uniform and placed it back on his bunk. He refused to wear it which now is a minor infraction of disobeying orders (A02). I called Vang out of the block on the completion of my check and asked why he walked past me with the uniform, he stated it was only 2 feet to his bunk. I told him he needs to wear it all the time off his bunk and he then stated this is "bullshit" he called me a "faggot" numerous times. I told him to go pack up his property and he stated he would not pack it up, I advised him I would pack up then. While escorting to 1st floor he called me a bitch and that I suck Smith's ass. I assume he is referring to Sgt. Smith my partner at the time but I did not ask him to elaborate on who he was talking about. This violates the rule of disrespect(A04).<br>While packing up his property he had an extra blanket, peanut butter cup off a tray, and numerous juice packs from the kitchen. It should be noted this would have been a 3rd minor but due to 3 minors in this report it will now be a major and Vang will be offered discipline day(s) or an administrative hearing. |

Page 13

MANITOWOC COUNTY

SHERIFF

Sheriff - Daniel L. Hartwig

In Partnership with the Community. Dedicated to Your Safety.

# Inmate Notice of Discipline

Inmate's Name: Vang, Jesse

Date: 7/8/2025

You are hereby notified that a decision has been issud in regards in to the following disciplinary actions:

| Violation: | Date: | Disposition: |
|---|---|---|
| 1.Disrespect to staff | 7/7/25 | |
| 2. Proper Attire | 7/7/25 | |
| 3. Disobeying Orders | 7/7/25 | |

ADVOCATE - CO. POOLER

Hearing staff member or committee conducting th hearing: 176/195/168/272 TADDY LAABS SCHMEICHEL WILKER

Date: 7-8-25

GIVEN 10 DAYS TOTAL - 24 HR SERVED

START 7-8-25 @ 2245

END - 7-17-25 @ 2245

You have a right to appeal any decision administered by the Hearing Officer or Committee. This appeal process can be handled through the Manitowoc County Jail grievance process.

Your signature acknowledging receipt of this decision: REFUSED

SGT. TADDY 7-8-25

Sgt. Schmeichel 7-8-25

Page 14

Phone: (920) 683-4200 • Jail Fax: (920) 683-4405 • Patrol Fax: (920) 683-4946 • Records Fax: (920) 683-4342

Manitowoc County Jail

Grievance: [Step 1] Initial Complaint 

90036
Grievance: [Step 1] Initial Complaint
Submitted: 7/12/2025 11:15 PM

Complete
Processed: 7/13/2025 3:01 AM

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
01/01/2025

Was a Staff Member Involved?
NO

IF "YES", please provide name(s):
None

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Please upgrade your camera system to have audio along with video, or have your staff wear a body cam. for the safety of staff and prisoners.

State how you feel this INITIAL COMPLAINT should be resolved:
Wear bodycam or upgrade camera system.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 15

**Responses**

STAFF AT THE MANITOWOC COUNTY JAIL DOES A VERY GOOD JOB AT STAYING SAFE AND KEEPING INMATES SAFE. WE APPRICIATE THE SUGGESTION. GRIEVANCE DENIED
*SGT Taddy @ 7/13/2025 3:01 AM*



90170

**Grievance: [Step 2] Formal**

**Submitted: 7/14/2025 11:05 PM**

**Complete**

**Processed: 7/15/2025 10:11 AM**

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Date of the incident:
1/1/2025

State your DETAILED grievance below:
I understand staff keeps prisoners safe, it is just a suggestion and for future references.

State how you feel this grievance should be resolved:
Add audio to camera system and or wear body cam.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

DOC 350 outlines the standards for every county jail. What you are attempting to grieve is outside of those standards. Denied
*LT Valukas @ 7/15/2025 10:11 AM*

Page 16

90483
Classification
Submitted: 7/18/2025 10:01 PM

Denied
Processed: 7/18/2025 10:59 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To Sheriff Daniel L. Hartwig--- Hello, my name is Jesse Vang. I am writting to you to address an possible issue in the jail. I believe the jail should have audio and video in the camera system or have staff wear body cams for future safety of staff and pre-trial detainees. I have exhuasted all me remedies through the grievance system, prior this letter, and all 3 steps were denied. Thank you sir, I believe you will resolve this in timely matter. Jesse Vang.

**Responses**

not a classification question
*CO Maloney @ 7/18/2025 10:59 PM*

Page 17



96640

**Grievance: [Step 1] Initial Complaint**

Submitted: 10/14/2025 3:41 PM

**Complete**

Processed: 10/14/2025 6:49 PM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Taddy, c/o niedl

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
On 10/13/25 around 1040-1115, (before sgt.Taddy and trainee Avery came into 2E to do a head count), I was combing my hair(from a shower at 1020pm-1032pm), when Sgt taddy called on the intercom," Vang put on your uniform"( At this moment i only had on a thermal button and a tshirt on, the inmate named Des was brushing his teeth next to me with his uniform on halfway up and the top folded down),(please view camera),So I went to go put on my uniform halfway up like des and continued what I was doing. Not more than 3 minutes later an inmate by the name of Travis jumps off his bunk and walked in tshirt and thermal bottom to go use the bathroom, no staff said a thing to travis( Travis is 6'4-6'5 , and Im 5'1)..(continue on page 2)

Page 18

State how you feel this INITIAL COMPLAINT should be resolved:
Sgt Taddy suspended without pay for 5 days, and both staff take a class on discrimination

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*



**96641**
**Grievance: [Step 1] Initial Complaint** **Complete**
**Submitted: 10/14/2025 3:54 PM** **Processed: 10/14/2025 6:49 PM**

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Taddy and Neidle

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
(Continue page 2), while Sgt.Taddy and Avery came in to do a count, I could hear Sgt. Taddy talking to two iinmates, des, (still in same folded unifom) and ryan with no shirt on and uniform folded down at waist, Sgt. Taddy never told either of them to put on their uniform. As Sgt. taddy and avery started to walk towards my sidefor count, i asked Sgt.Taddy, " You must only want me to put on my uniform". Sgt taddy replied,"yea you dont have your oranges on", I then said" Tell me what you think proper attire is?" while pointing out the des is behind him with no uniform up, and ryan as he was walking past with no shirt on. And adding" so as long as I have my uniform halfway up and i can be shirtless?". (Inmate Hock said" someone just went to go use the BR wearing the exact same thing and you didnt even say anything to him, which Taddy replied,' oh, maybe i didnt see him'). At this point Sgt.Taddy proceeded to walk out of the unit and saying to ryan, (continue to page 3).

Page 19

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.
*SGT Taddy @ 10/14/2025 6:49 PM*



**96642**

**Grievance: [Step 1] Initial Complaint**

**Submitted: 10/14/2025 4:06 PM**

**Complete**

**Processed: 10/14/2025 6:49 PM**

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt.Taddy and neidle

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
(continue page 3). Sgt. Taddy says to ryan, ' next time have a shirt on, and to des to put on his uniform'. Inamtes Hock, yang, ryan shroeder, rob in bunk next to me, dustin doobie, travis are all witnesses to this discrimination act from Sgt. Taddy. Ive been saying this over and over that I am being singled outby staff, which no one seemd to care or investigate my suspicions, making it seem as though Im paraniod. The last incident about me not having proper attire the same thing happened. Other inmates did the same yet I was told I was being disrespectful and provoked me to call shulander names because of the injust, which led to 10days in segregation, (note that a physical fight in the past has gotten other inmates less time in seg). I dont appreciate the discrimination from staff. I dont even mess with staff nor talk crap to them while they walk through,all i do is play cards and stay focused on my case. I dont deserve being discriminated against. This is causing me a lot of stress.

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*

Page 20



**96644**

**Grievance: [Step 1] Initial Complaint**

**Submitted: 10/14/2025 4:18 PM**

**Complete**

**Processed: 10/14/2025 6:49 PM**

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☐ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt.Taddy and neidel

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
(Notes added), when the trustee came back from house keeping, he was walking around with des (view carneras) in the dayroom wearing the same as I was. Then about 10-15 minutes past and Hock got up to go use the BR with his uniform half rolled down, No one said a thing to Hock, I then went to go use the BR and decided to bruah my teeth, when Neidel calls in for me to wear my uniform all the way up. I did not at this time for I knew I was being singled out and if I was to get a disaplinary report that would be ok because, staff is only targeting me. About less than 20 minutes later, John Barnes and that same trustee both got up to go use the bathroom and nothing agian was said to either. Lincoln Klien went to go get a game on this side of the dayroom, and travis again went to use the BR, no one has said anything to anyone but me. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*

Page 21



**96645**
**Grievance: [Step 1] Initial Complaint** **Complete**
Submitted: 10/14/2025 4:25 PM Processed: 10/14/2025 6:49 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Taddy and neidel

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Conlusion on grievance. — I didnt want to write this grievance in fear of staff retaliating against me, by writing up these inmates or doing a group punishment, which would cause further issues between me and the other inmates or me being targeted more by staff. I dont disrepsect staff I deserve the same back and If staff is going to do their job, dont pick and choose who they want to send to segregation or write up.

State how you feel this INITIAL COMPLAINT should be resolved:
Same, 5days suspension without pay for Sgt. Taddy and Taddy and neidl both take a discrimination class.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 22

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.
*SGT Taddy @ 10/14/2025 6:49 PM*

Manitowoc County Jail

Grievance: [Step 2] Formal 

96668

Grievance: [Step 2] Formal

Submitted: 10/14/2025 8:23 PM

Complete

Processed: 10/16/2025 11:29 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Date of the incident:
10/13/2025

State your DETAILED grievance below:
I understand I did not have a uniform on, I clearly stated that I had just got done showering. Im not denying that I was wearing a uniform, Because I wasnt, I just dont like the fact that I was the only one called out on it. Basically, again, you're saying that others are ok as long as they wear a uniform, which ever way, even shirtless, And thats perfectly ok with me if Sgt. taddy wants to start writing everyone up for not having on a uniform properly, or as code, proper attire. I did not get written up because I believe Sgt.Taddy knew he was in the wrong. And he did not tell anyone besides me to put on a uniform until I addressed that he must only like to tell me to wear my uniform. Grievance stands, because discrimination was confirmed by his own words. Please do, start writing everyone you may or may not see up. For I already went to segregation for 10 days that started with me not having a uniform.Again, many inmates do this. All you have to do is review footage of everyday.

State how you feel this grievance should be resolved:
Same, Sgt.Taddy 5 days suspension, and both Taddy and neidl take discrimination classes.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

Page 23

**Responses**

You summed this up correctly at the beginning of the grievance. You were addressed for your violation of not having your uniform on. This was not a discipline report or even a written warning, Sgt Taddy address the situation and moved on. Denied

*LT Valukas @ 10/16/2025 11:50 AM*

## 9. PERSONAL HYGIENE

A. Uniform and Sandals:

- Properly fitted & properly worn uniforms are to be worn when outside the sleeping area or your cell. (This means your arms must fully extend through the arm holes and the uniform must be up and over the shoulders) It is at an officer's discretion to issue an alternate size, should uniform not comply with this policy.
- Uniforms are to be properly worn & buttoned up when using block kiosk, receiving meals or when exiting the cellblock.
- Uniforms are allowed to be worn at the waist with a T-shirt properly worn as to not show your chest/shoulders when you are behind the half wall in the dorm style blocks or inside your cell in the lockdown blocks. This will be considered acceptable attire when submitting a request via tablet.
- Uniforms will remain unaltered.
- Uniform legs may be cuffed up to the ankle if they are too long.
- Uniform collars are to be worn on outside.
- No items worn outside of the uniform. (Ex. Religious symbols or clothing).
- No altering of sandals in any way.

Violations of these rules may result in disciplinary action, confiscation and/or charges.

No items placed in or through parts of your body. (Ex. comb pieces, staples, garbage bag or others.)

Page 24

B. Uniform Exchange:

- Uniform exchange is on Tuesday and Saturday after dinner and before lights out. Uniform exchange announced prior to exchange. Once announced, you are required to be at the door ready for the exchange.
- Immediately after receiving uniform, you should inspect it for correct size, damage or alterations. You are responsible for the condition of the uniforms issued to you during your stay here.
- If the uniform you turn in is damaged or altered in any way you will be held responsible for its repair or replacement.

C. Linens:

Linen exchange announced prior to the exchange on Monday and Thursday after dinner and before lights out. Any knots tied in the linens need to be removed prior to exchange. You are required to get your items ready and be at the cell door for exchange. These will be the only times and days for linens. Bedding, mattresses or any other items not used for intended purpose is a violation & may result in discipline.



Case 2:25-cv-01892-JPS Filed 12/01/25 Page 25 of 36 Document 1-2



**96799**

**Grievance: [Step 3] Appeal**

**Submitted: 10/16/2025 4:26 PM**

**Complete**

**Processed: 10/20/2025 12:16 PM**

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
10/13/25-10/14/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
Reply to grievance 2. -- Again, This grievance is not about if I gottl a incident report or not, I clearly stated that I did NOT get a incident report. This grievance is about Discrimination against me by staff. If, LT. Valukus viewed the footage that night and did an investigation by asking the people invovled, which I assume he did, He would find my accusations accurate. I dont appreciate being targeted by my race, my case, or creed, nor by any other reasons, as staff should be professional, and non-biased towards us prisoners that are still waiting trial. NOTE---Disciplinary Action code #A16 Proper Attire means uniforms not worn as referenced in Rule Book under uniform & sandles. Under Chapter 9, personal hygiene, sect A. Uniform & Sandles- " Properly fitted & properly worn uniforms are to be worn when outside the sleeping area. (This means your arms must fully extend through the arm holes and the uniform must be up and over the sholders)". "Uniforms are allowed to (continue)

State how you feel this grievance should be resolved:
Same as 1 &2.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

Page 25

**Responses**

Answered.
*JA LaCrosse @ 10/20/2025 12:16 PM*

## Manitowoc County Jail

## Grievance: [Step 3] Appeal



**96801**
**Grievance: [Step 3] Appeal**
Submitted: 10/16/2025 4:32 PM

**Complete**
Processed: 10/20/2025 12:16 PM

**JESSE VANG**
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
10/13/25-10/14/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
Continue from grievance 3 , page 2— " Uniforms are allowed to be worn at the waist with a t-shirt properly worn as to not show chest/sholders when you are behind the half wall in the dorm style blocks". " Uniforms are to be properly worn & buttoned up when using block kiosk, recieving meals, or when exiting the cell block".

State how you feel this grievance should be resolved:
Same, 5 days suspension for Sgt.Taddy and both him and Neidle take a class on discrimination.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

Answered.
*JA LaCrosse @ 10/20/2025 12:16 PM*

Page 26



**96804**

**Grievance: [Step 3] Appeal**

**Submitted: 10/16/2025 4:43 PM**

**Complete**

**Processed: 10/20/2025 12:15 PM**

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
10/13/25-10/14/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
I was the only one called on the intercom not once but twice with-in a 2 hour period this night. I guess every other time staff must of been busy or "did not " see any other inmates do the same things as to not wearing proper attire. Even though Sgt. Taddy stood in the middle of the block chatting with Ryan with no shirt on and des with his uniform folded at waist. You may not believe me, and Sgt. Taddy can deny these accusations all he wants, but the Cameras do not lie. (page 3 of grievance 3)

State how you feel this grievance should be resolved:
Same as grievance 1 & 2. Sgt. Taddy suspended for 5 days without pay, and him and neidl take a class on discrimination

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

You had your uniform down....and were verbally addressed by Sgt Taddy, which did not lead to any further disciplinary action. In the future, please make sure you are following jail rules to avoid any issues. Grievance unfounded.
*JA LaCrosse @ 10/20/2025 12:15 PM*

Page 27

97785
CO: General
Submitted: 10/30/2025 7:28 PM

Complete
Processed: 10/31/2025 10:57 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Sgt on duty., Is there any possible way I can view my old requests, since I can only go back 5 pages and about 8 message are on each page. Can you view it on your end?

**Responses**

I am checking with the kiosk vendor, awaiting their response.
*SGT Adleman @ 10/31/2025 7:34 AM*

Their response is:" The inmates are only able to access the last 90 days of submitted forms." If you would need anything prior, officers can copy and paste the information to your notifications
*SGT Adleman @ 10/31/2025 10:57 AM*

Page 28



97830

CO: General

Submitted: 10/31/2025 3:17 PM

Complete

Processed: 10/31/2025 3:56 PM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

Lt. Valukus, is it possible for you to save the footage on 7/7/25 from 6am-noon , 3f and hallway/ elevator cameras?

**Responses**

your message has been forwarded

*CO Jacobs @ 10/31/2025 3:35 PM*

We are not able to go that far back

*LT Valukas @ 10/31/2025 3:56 PM*



# Manitowoc County Jail

# Records Release of Jail Information



98337

**Records Release of Jail Information** **Complete**

**Submitted: 11/7/2025 9:48 PM** **Processed: 11/10/2025 9:43 AM**

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok.

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Please save video of 11/07/25 @ 130 am-230 am. Walkthrough of C/O Laabs first walkthrough. After Laabs brought Timmy Balongie his uniform,( timmy was in his full thermal top and bottom only), Timmy walked back to the bunk area without putting on his uniform. ( Sgt. Shmicheal said to Laabs, ' should I send him to the whole and C/O Laabs said,' NO', and walked out of the unit. Video of 2E.

DATE OF OCCURANCE(S):
11/07/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
Please print this out for my copy.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

Page 30

**Responses**

Done.
*JA LaCrosse @ 11/10/2025 9:43 AM*

Manitowoc County Jail

Records Release of Jail Information 

98296
**Records Release of Jail Information**
Submitted: 11/7/2025 11:57 AM

**Complete**
Processed: 11/10/2025 9:42 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Please save video of 11/07/25 @ 0030 am- 130am, video of C/O Laabs walking through for security check and he brings an inmate named Timmy Balongie his uniform by the bathroom area, which then Timmy just walks back to his bunk and does not put on his uniform, which did not result in , no incident report. ( No disobeying an order ,nor , proper attire). I walked right pass them both at the time. ( Note that I was sentenced to 10 days for this exact situation, as Laabs being one of the opposing officers at the hearing.

DATE OF OCCURANCE(S):
11/07/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

This will be saved. Note...We will not be saving all future video footage of any inmate with their uniform down.
*JA LaCrosse @ 11/10/2025 9:42 AM*

Page 31



96797

**Records Release of Jail Information**

Submitted: 10/16/2025 4:11 PM

**Complete**

Processed: 10/20/2025 8:43 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
If I paid for a flash drive, will I be able to review my own footages, and Can I request more than one day of footage , as long as I have space on my flash drive? or is it 15 dollars per day of fooatge save?

DATE OF OCCURANCE(S):
7/7/25 and 10/13/25- 10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
I have multiple days of footage I'd like to be saved. I want to know the total cost of everything.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

Per WI Code 19.35(1am)(2), jail video is not subject to release via open records. If there is video that may be needed for future legal reasons, you can request it be saved. Any request must be specific in dates and times.
*JA LaCrosse @ 10/20/2025 8:43 AM*

Page 32

Manitowoc County Jail

Records Release of Jail Information 

**96647**

**Records Release of Jail Information**

**Submitted: 10/14/2025 4:29 PM**

**Complete**

**Processed: 10/15/2025 8:33 AM**

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Video footage on 10/13/25-10/14/25 pm shift 2nd floor, 2E. Complete block. Please save footage for incident on discrimination against me.

DATE OF OCCURANCE(S):
10/13-10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

You do not currently have the $15 on your account to complete this request. Please resubmit when the funds are available.
*JA LaCrosse @ 10/15/2025 8:33 AM*

Page 33

Manitowoc County Jail

Records Release of Jail Information 

97690

## Records Release of Jail Information

Submitted: 10/29/2025 11:18 AM

Denied

Processed: 10/29/2025 11:45 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Please save me the days for 7/7/25 from 6am - 12pm(noon), from cameras in 3f, and the hallway, and elevator. ( For incident report I recieved from C/O shulander) -----Also I'd like you to save the video footage of 10/13/25-10/14/25 from 2E. all cameras from 2E, from times 10/13 @9pm- 10/14 @2am. Thanks, Jesse vang.

DATE OF OCCURANCE(S):
7/7/25 & 10/13/25 & 10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
please put it all on one flashdrive for me to be ready to send out to my attoumey.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

Jail video is not subject to open records requests. Video can be saved for legal purposes and subpoenaed if needed. Only video footage within the last 30 days and must be specific times and dates narrowed down. 9PM-2AM is too broad of a timeframe.
*JA LaCrosse @ 10/29/2025 11:45 AM*

Page 34



97729

Records Release of Jail Information

Complete

Submitted: 10/29/2025 7:51 PM

Processed: 10/31/2025 1:37 PM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.

Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.

Ok

RECORDS REQUESTED:

please save the video footage of an incident on 10/13/25 @ 2220 -2355. And 10/14/25 @0001-0100. I will need it for future lawsuit of discrimination against me for proper attire. Thank you. I agree to be charged 15 dollars for a flash drive and saved. I need the footage from 2nd floor E Block, of me getting out of the shower until Sgt. Taddy does a walk through for head count.

DATE OF OCCURANCE(S):

10/13/25- 10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

Please talk directly with me because it seems as though we are miscommunicating from text, if you do not understand what I need, or if there is another reason you can not save these video footages. ( I say this because there is no rule instructions on how to proceed with these kinds of requests from records, since in the other last message JA lacrosse stated that he or they can only save the last 30 days, which I had no clue, now I can never prove my case on 7/7/25, since this discrimation has been an ongoing issue).

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.

Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.

Ok

**Responses**

Thank you for the information, I will save the footage

*LT Valukas @ 10/31/2025 1:37 PM*

Page 35