In the Case of

Jesse Vang (17451)

v.

Manitowoc County Jail, C/O Shulander (391)

Sgt. Taddy (176)

Docket No. **25-C-1892**
(To be Supplied by Clerk)

DEC 01 2025

## PETITION AND AFFIDAVIT TO PROCEED WITHOUT PREPAYMENT OF FEES AND/OR COSTS

I, **JESSE VANG** (print your full name), declare that I am the

☐ Petitioner  ☒ Plaintiff  ☐ Movant  ☐ Appellant  ☐ Other _____

in the above-entitled action. In support of my request to proceed *in forma pauperis*, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/appeal.

In support of this petition, I answer the following questions truthfully and under penalty of perjury: *(Additional pages may be added, if necessary, to provide complete information.)*

### Appeals

If you are filing an appeal from a district court's judgment/decision, state the issues that you intend to appeal:

_____
_____
_____
_____

Petition and Affidavit To Proceed Without Prepayment of Fees And/Or Costs    January 2011
Case 2:25-cv-01892-JPS    Filed 12/01/25    Page 1 of 6    Document 2
American LegalNet, Inc.
www.FormsWorkFlow.com

**Personal Information**

1) Are you employed? ☐ Yes  ☒ No

   If no, give the month and year when you were last employed and state the amount of that monthly income.

   __12/23__ (month and year)    $ __800__

2) Are you currently incarcerated?  ☒ Yes  ☐ No

   If yes, state the place of your incarceration and provide your prisoner identification number:

   __Manitowoc County Jail__ (place)    __17451__ (number)

   In addition, if you are a prisoner, you must have an authorized officer attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, petition or appeal and showing the balance of your release account. You must also complete the attached "Authorization for Release of Institutional Account Information and Payment of the Filing Fee."

3) Are you currently married?  ☐ Yes  ☒ No

   If yes, is your spouse employed?  ☐ Yes  ☐ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?

   ☐ Yes  ☒ No

   If yes, list them below:

   | First and Last Initials (For Minor Children Only) or Name | Relationship To You | Age | Amount of Support Provided Per Month |
   |---|---|---|---|
   | _____ | _____ | ____ | $_____ |
   | _____ | _____ | ____ | $_____ |
   | _____ | _____ | ____ | $_____ |

**Property** – *If you are married, your answers must **include your spouse's property**.*

1) Do you own a car?  ☐ Yes  ☒ No



**Property** -*continued*

If yes, list car(s) below:

| Model and Make | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your residence(s)? ☐ Yes  ☒ No

   If yes, state the approximate value(s). $_____

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?

   ☐ Yes  ☒ No

   If yes, identify the property and its approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4) Do you have any cash or checking, savings, or other similar accounts?  ☐ Yes ☒ No

   If yes, state the total amount of such sums. $_____

5) Do you own any intangible property, including but not limited to stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401k)?

   ☐ Yes  ☒ No

   If yes, state the nature of that property and the approximate value(s).

   _____

   _____

Case 2:25-cv-01892-JPS    Filed 12/01/25    Page 3 of 6    Document 2

American LegalNet, Inc.
www.FormsWorkFlow.com

**Income** – *If you are married, your answers **must include your spouse's income**.*

> *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total monthly income: $ 0

State your spouse's total monthly income: $ 0

**Expenses** – *If you are married and/or have dependents, **your expenses should also include your household's expenses**.*

> *(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

   ☒ Rent or ☐ Mortgage  $ 750 / 0  (Before / Now)

   Car payment(s)  $ 250 / 0

   Alimony and/or court-ordered child support  $ 0

   Credit card payment(s)  $ 200 / 0

2) Do you have any other monthly expenses that you have not already identified?

   ☐ Yes   ☒ No

   If yes, list them below:

   | Expense | Amount |
   |---|---|
   |  | $ |
   |  | $ |
   |  | $ |
   |  | $ |

3) What is the total amount of your monthly expenses?  $ 0

   *As of right Now $0.*



In the Case of

Jesse Vang (17451)

v.

Manitowoc County Jail, C/o Shulander (391)
Sgt. Taddy (176)

Docket No. _____
(To be Supplied by Clerk)

## AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION AND PAYMENT OF THE FILING FEE

### Instructions

**Use this Authorization:**
If you are a prisoner filing a civil rights or other civil action, or an appeal, complete this authorization.

**Do not use this Authorization:**
1. If you are not a prisoner
2. If you are a prisoner or are "in custody" and are petitioning the court for a writ of habeas corpus under 28 U.S.C. § 2254 or 28 U.S.C. § 2241.
3. If you are a prisoner filing a motion to vacate, set aside, or correct your sentence under 28 U.S.C. § 2255.

* * * * * * *

I, __JESSE VANG__ __17451__
(Name of Plaintiff)    (Prison Identification Number)

I authorize the clerk of court to obtain from the agency having custody of my person, information about my prison trust account, including balances, deposits, and withdrawals until the filing fee is paid. I understand that, when sufficient funds exist in my prison trust account, I will be required to pay an initial partial filing fee equal to 20 percent of the greater of: (A) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint or notice of appeal, or (B) the average monthly balance in my account for the six-month period immediately preceding the filing of the complaint or notice of appeal. I understand and hereby authorize that, after payment of the initial partial filing fee, monthly payments will be forwarded to the clerk of court equal to 20 percent of the preceding month's income credited to my account. I hereby authorize the agency or facility having custody of my person to withdraw funds from my prison trust account and forward such payments from my account to the clerk of court each time the amount in the account exceeds $10.00, until the filing fee is paid as set forth in 28 U.S.C. § 1915(b)(2).

_(signature)_
(Signature of Plaintiff)

11/15/25
(Date)

**NOTE: A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF YOUR COMPLAINT MUST ACCOMPANY THIS PETITION AND AFFIDAVIT.** (Statements are required for any prison or jail trust accounts you have had over the prior six months.)

Petition and Affidavit To Proceed Without Prepayment of Fees And/Or Costs    January 2011
Case 2:25-cv-01892-JPS    Filed 12/01/25    Page 5 of 6    Document 2
American LegalNet, Inc.
www.FormsWorkFlow.com

**Other Circumstances** – Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I have been in jail at Manitwoc County Jail for 22 months, Since Febuary 20th, 2024.

11/15/25
Date

Signature – Signed Under Penalty of Perjury

Petition and Affidavit To Proceed Without Prepayment of Fees And/Or Costs
January 2011
5
Case 2:25-cv-01892-JPS    Filed 12/01/25    Page 6 of 6    Document 2