# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

December 2, 2025

Jesse Vang
17451
Manitowoc County Jail
1025 S 9th St
Manitowoc, WI 54220

Re: **Vang v. Manitowoc County Jail et al**
**Case No. 2:25-cv-01892-JPS**

Dear Jesse Vang:

This case has been assigned to Judge J.P Stadtmueller, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Enclosed please find a form regarding magistrate judge jurisdiction for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court. Failure to do so may result in the dismissal of your case without further notice.

Very truly yours,

LINDA M. KLEMM
CLERK OF COURT

s/B. Xiong
Deputy Clerk