Dear Ms. Linda M. Klemm        12/6/25

     Hello my name is Jesse Vang. My case number is 2:25-cv-01892-JPS.

     I was wondering if you could send me a pamphlet or instructions on how the lawsuit works, step by step?

     I am in Manitowoc County Jail, so my resources are very limited. I would like to know, when or what to expect, and when a lawyer will be reaching out to me.

     Also, where do I send my evidence to, because my issues are still on-going, so if I have new proof, do I send them to you?

     The letter you sent me says to send all future filings to 517 E. Wisconsin Ave. I'm not completely sure what 'filings' all include or means.

     Please reply to me. Thank you for your time miss Linda.

P.S. You should have recieved my letter on my decision to go with a District Judge.

Sincerely,

Jn Vang

Mr. Jesse Vang

DEC 1 1 2025

JPS

DEC 1 1 2025

U.S. District Court
W...... E......

Case 2:25-cv-01892-JPS    Filed 12/11/25    Page 1 of 2    Document 6

From: Jesse Vang
1025 South 9th Street
Manitowoc, WI 54220

MILWAUKEE WI 530
9 DEC 2025 PM 7 L

DEC 1 2025 To:

Linda M. Klemm (Clerk of Court)
USDC, office of the Clerk
517 East Wisconsin Ave. Room 362
Milwaukee, WI 53202

53202-458299