JPS

**Motion:** February 21st, 2026
TO APPOINT COUNSEL

TO: United States District Court
Eastern District of Wisconsin

NO. 25-CV-1892-JPS

U.S. District Court
Wisconsin Eastern
FEB 26 2026
FILED
Clerk of Court

My name is Jesse Vang. I am filing a Motion requesting for the Court to recruit a lawyer to represent me pro bono.

My reasons are, I have reached out to more than 3 attourneys, with no affirmative results. I Lack the funds to hire or can not afford counsel because I am incarserated. This is my first litigation case, so I lack the knowledge of what I am doing, and need guidance from legal counsel. I won't have complete access to my discovery during the production of documents phase because I am limited of my resources, internet access, and don't have access to a physical Law Library.

My challenges to participate in discovery should warrant the court to recruit a lawyer to represent me.

Thank You,

Erik Eddy     Jesse Vang     Jesse Vang  2/22/26

Jesse Vang

GREEN BAY WI 543
24 FEB 2026 AM 1

Linda M. Klemm
United States Eastern District
Office of the Clerk
517 East Wisconsin Avenue Room 362
Milwaukee, WI 53202

1025 South 9th Street
Manitowoc, WI 54220

SCANNED FEB 26 2026