| Date | Type | Recipient | Address |
|---|---|---|---|
| 02/02/2026 12:59:23 | Mail | STRANG BRADLEY LLC | ATTY JOHN H BRADLEY 613 WILLIAMSON ST SUITE 204 MADISON WI 53703 |
| 01/30/2026 05:33:56 | Mail | HUPY AND ABRAHAM | 111 E KILBORN AVE MILWAUKEE WI 53202 |
| 01/22/2026 12:18:07 | Mail | AMAZON | TEST YOUR IQ |
| 01/22/2026 12:15:12 | Mail | AMAZON | SAT TEST PREP BOOK |
| 01/15/2026 11:28:05 | Mail | READERS DIGEST | PO BOX 5813 TIPTON IA 52772-0533 |
| 01/13/2026 01:44:44 | Mail | ATTNY JOHN BRADLEY | 613 WILLIAMSON ST STE 204 MADISON, WI 53703 — ⑦ |
| 01/13/2026 01:43:47 | Mail | ATTNY JEFF JENSEN | 161 SOUTH FIRST ST STE 200 MILWAUKEE, WI 53204 |
| 01/13/2026 01:43:00 | Mail | ATTNY JEFF OLSON | 1025 QUINN DRIVE STE 500 WAUNAKEE, WI 53597 — ⑥ |
| 01/09/2026 13:38:45 | Mail | HURLEY BURISH ATTORNEY | 33 EAST MAIN ST #400 PO BOX 1528 MADISON WI — ⑤ |
| 12/31/2025 03:47:27 | Mail | ATTY VANDE CASTLE | 303 SOUTH JEFFERSON STREET GREEN BAY, WI 54301 — ④ |
| 12/31/2025 03:46:28 | Mail | ATTY LAFLEUR LAW | 313 NORTH PLANKINTON AVENUE SUITE #429 MILWAUKEE, WI 53203 — ③ |
| 12/31/2025 03:45:42 | Mail | ATTY HURLEY BURISH | 33 EAST MAIN STREET #400 MADISON, WI 53701 — ② |
| 12/29/2025 02:13:45 | Mail | NAACP MILWAUKEE CHAPTER | 2745 NORTH DR. MARTIN LUTHER KING DR. MILWAUKEE WI 53212 — ① |
| 12/19/2025 12:23:52 | Mail | US DISTRICT COURT | 517 E WISCONSIN AVE RM 362, MILWAUKEE 53202 |
| 12/18/2025 13:23:22 | Mail | US DISTRICT COURT | FOR THE EASTERN DRISTRICT OF WISCONSIN MILWAUKEE, WI 53202 |
| 12/16/2025 13:00:23 | Mail | ATTORNEY MORGAN | 161 S 1ST ST, SUITE 20 MILWAUKEE WI 53204 |
| 12/14/2025 01:48:00 | Mail | RAIDEN JESSA | 1130 CHRIS J DRIVE LANSING MI 48917 |
| 12/06/2025 21:55:15 | Mail | LINDA M KLEMM | USDC OFFICE OF THE CLEARK. 517 EAST WISCONSIN AVE. ROMM 362. MILWAUKEE WI 53202 |
| 12/06/2025 21:53:07 | Mail | NANCY THELEN | 39 SOUTH MARR STREET. FPMD DU LAC WI 54935 |
| 12/05/2025 08:11:40 | Mail | US DISTRICT COURT | OFFICE OF THE CLERK 517 EAST WISCONSIN AVE., ROOM 362, MILWAUKEE, WI 53202 |
| 12/05/2025 08:10:50 | Mail | FCI MILAN | 4004 ARKONA ROAD, MILAN, MI 48160 |
| 12/04/2025 15:02:26 | Mail | US DISTRICT COURT | 517 E WI AVE MILWAUKEE |
| 12/01/2025 01:06:10 | Mail | ANNA VANG | 29599 REDBARK TRAIL WINCHESTER CA 92596 |
| 12/01/2025 01:05:00 | Mail | RAIDEN JESSA | 1130 CHRIS J DRIVE LANSING MI 48917 |

J. Vang's Copy

4C2

All outgoing mail Numbered 1-7

⑧ Here's A copy of All the Attorneys I reached out to. A Total of 7.

FILED FEB 26 2026 Clerk of Court U.S. District Court Wisconsin Eastern

# HURLEY BURISH, S.C.
## ATTORNEYS

33 EAST MAIN STREET, SUITE 400

Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

Delaney B. Agnew
Jonas B. Bednarek
Cricket R. Beeson
Marcus J. Berghahn
Joseph A. Bugni
Mark D. Burish
Skylar R. Croy

Peyton B. Engel
Andrew W. Erlandson
Stephen P. Hurley
Jennifer E. Recktenwald
David E. Saperstein
Daniel J. Schlichting
Catherine E. White

Tel. (608) 257-0945
Fax. (608) 257-5764
www.hurleyburish.com
Author's e-mail:
mberghahn@hurleyburish.com

January 5, 2026

Jesse Vang, #17451
c/o Manitowoc County Jail
1025 South 9th Street
Manitowoc, WI 54220

Re: **Your letter date December 31, 2025**

Dear Jesse:

Thank you for writing to our firm. We do not handle civil rights cases and are unable to represent you. I am returning your letter along with the enclosures. Two lawyers in Madison who handle these cases include:

Jeff Scott Olson
Jeff Scott Olson Law Firm
1025 Quinn Drive, Suite 500
Waunakee, WI 53597

John Bradley
StrangBradley
613 Williamson Street, Suite 204
Madison, WI 53703

You should contact them. You might consider explaining how the conduct described in the complaints has affected you (what losses have you suffered?).

Cordially,

HURLEY BURISH, S.C.

Marcus J. Berghahn

MJB:mns
F:\-clients\00CLIENT DEV\MJB\Vang 260105.docx
Enclosure

# THE JEFF SCOTT OLSON LAW FIRM, s. c.

1025 Quinn Drive, Suite 500
Waunakee, Wisconsin 53597

**Jeff Scott Olson**

Phone:  608 283 6001
Fax:    608 283 0945

**Andrea J. Farrell**

E-Mail: scrandall@scofflaw.com
Website    www.scofflaw.com

February 2, 2026

**CONFIDENTIAL LEGAL MAIL**
Mr. Jesse Vang
Manitowoc County Jail
0125 South 9th Street
Manitowoc, WI 54220

Dear Mr. Vang:

Attorney Olson has received the letter that you sent him last month, asking him to represent you, and he asked me to respond to you on his behalf. While he sympathizes with what you have gone through, he is not interested in taking your case. A complaint that a disciplinary hearing was unfair must be raised in circuit court by means of a petition for certiorari. *State ex rel. L'Minggio v. Gamble*, 2003 WI 82, 263 Wis.2d 55, 667 N.W.2d 1. He regrets to tell you that our office does not handle these types of cases, but he has asked me to explain the process you must follow.



# STRANG | BRADLEY LLC
TRIAL LAWYERS

John H. Bradley
(608) 535-1550
John@StrangBradley.com

January 29, 2026

Jesse Vang (ID No. 17451)
MANITOWOC COUNTY JAIL
1025 South 9th Street
Manitowoc, WI 54220

Dear Mr. Vang,

After thorough review of the information you provided, our firm has decided not to become involved in the pursuit of this claim. This does not necessarily mean that we believe your case is without merit. It simply means that we are not in a position to help you at this time. We recognize that you are concerned about your situation and would suggest that you speak with another attorney.

There may be a statute of limitations, in other words, a time limit, applicable to a case like yours. We have not calculated it for your case but would suggest that if you wish to pursue it, you do so immediately.

Please see enclosed the documents that you sent for us to review.

Again, we regret that we cannot help you at this time.

Sincerely,

STRANG BRADLEY, LLC

John H. Bradley

613 Williamson St., Suite 204   Madison, WI 53703   (608) 535-1550   Fax (608) 406-2602
StrangBradley.com

Hupy & Abraham,                                              1/29/26

    Hello, my name is Jesse Vang. I am in need of a Civil Rights Attourney, pro bono. I am suing the Manitowoc County Jail for Misconduct and Discrimination.

    I have a strong case that I believe I can win my lawsuit. I have much proof through writing and videos of the misconduct, discrimination and mistreatment, but, it is also an on-going issue.

    Feel free to call me anytime at the Manitowoc County Jail @ 920-683-4278, if you have any questions. (You can call and set up an attourney-client phone conference with the Sergeant on duty.)

    Please consider taking my case, or please direct me towards someone who will. Otherwise, I'd appreciate it if you could send me a letter of declining my request.

    Thank you for your time and I hope to hear from you soon.

                                Sincerely,

                                  *Jesse Vang*
                                  Jesse Vang

Jeff Scott Olson,                                                                  1/11/26

    Hello, my name is Jesse Vang. I am in need of a Civil Rights Attourney, pro bono. I am suing the Manitowoc County Jail for misconduct & Discrimination.

    Originally, I had wrote to Hurley Burish, but they sent me a letter that they do not handle civil rights cases and recommended your law firm, signed by Marcus J. Berghahn.

    I have a strong case and that I believe I can win my lawsuit. I have much proof through writing and through videos of the misconduct, discrimination and mistreatment towards me, but also, this is an on-going issue. Here are just a few requests/appendix towards my lawsuit.

    Feel free to call me anytime at the Manitowoc County Jail @ 920-683-4228, if you have any questions. (You can call and set up an attourney-client phone conference with the Sergeant on duty.)

    Please consider taking my case, or please direct me in the direction to someone who will. Otherwise, I'd appreciate it if you could send me a letter saying you are declining my request.

    Thank You for your time and I hope to hear from you soon.

                      Sincerely,
                      Jesse Vang

Dear Hunley Burnish, 12/31/25

Hello, my name is Jesse Vang. I am in need of a Civil Rights Attourney, pro bono. I am suing the Manitowoc County Jail for misconduct, & Discrimination.

I have much proof through writing and videos, but it is also an on-going issue. Here are just a few things towards my lawsuit.

Feel free to call me at the Manitowoc County Jail @ 920-683-4228, if you have any questions. You can call and set up a attourney-client phone conference anytime with the Sergeant on duty.

Please consider taking my case or direct me towards someone who will. Otherwise, I'd appreciate it if you could send me a letter of Declining my request.

Thank you for your time and I hope to hear from you soon.

Sincerely,

*Jr Vang*

Jesse Vang

John Bradley, 1/10/26

Hello, my name is Jesse Vang. I am in need of a Civil Rights Attorney, pro bono. I am suing the Manitowoc County Jail for misconduct and discrimination.

Originally, I had wrote to Hurley Burish, but they sent me a letter that they do not handle Civil cases and reccommended your law Firm, signed by Marcus J. Berghahn.

I have a strong case that I believe I can win my lawsuit. I have much proof through writing and through videos of the misconduct, discrimination and mistreatment, but also, it is an on-going issue. Here are just a few requests/appendix towards my lawsuit.

Feel free to call me anytime at the Manitowoc County Jail @ 920-683-4228, if you have any questions. (You can call and set up an attourney-client phone Conference with the Sergeant on duty.

Please consider taking my case, or please direct me towards someone who will. Otherwise, I'd appreciate it if you could send me a letter saying you are declining my request.

Thank You for your time, and I hope to hear from you soon.

Sincerely,

*Jesse Vang*

Jesse Vang