JPS



U.S. District Court
Wisconsin Eastern
APR 17 2026
FILED
Clerk of Court

Dear Linda M. Klemm,  4/2/26

Hello, my name is Jesse Vang.
My Case number is 25-CV-1892-JPS.
I am writing to you today because I had
filed a Motion to Appoint Counsel and on page
7 of the Order, it stated, "Plantiff indicates
that he contacted various attorneys to take
his case. ECF No. 8. Plantiff does not, however,
provide any evidence of his efforts to locate
counsel."

But, I did send evidence that I had tried
to reach out to more than 3 attorneys along with
my motion.

Linda, did I send it to the correct address?
The correct address is:
517 E. Wisconsin Ave Room 362
Milwaukee, WI 53202
Correct?

I'm suppose to send everything to the Clerks office right?
How come the Court didn't recieve my evidence?

Please write back to me please.

Thank You Linda for the pamphlets you sent to
me by the way. As of now, I will keep trying
to reach out for an attorney to represent me
pro-bono and I'll try again to file another Motion
to Appoint.

I Appreciate your time,

Jesse Vang