Jesse Vang
1025 South 9th Street
Manitowoc, WI 54220

SCANNED
APR 17 2026

LEGAL MAIL

GREEN BAY WI 543
15 APR 2026 AM 2 L

FOREVER / USA

Clerk of Court
ATT: Linda M. Klemm
517 East Wisconsin Avenue Room 362
Milwaukee, Wisconsin 53202

53202-458299