# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| JESSE VANG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25cv1892 |
| SERGEANT TADDY, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sergeant Taddy and C/O Shulander                                                                                        .

Date:     06/11/2026

/s/ Electronically signed by Remzy D. Bitar
*Attorney's signature*

Remzy D. Bitar / State Bar No. 1038340
*Printed name and bar number*

Municipal Law & Litigation Group, S.C.
730 N. Grand Ave.
Waukesha, WI  53186

*Address*

rbitar@ammr.net
*E-mail address*

(262) 548-1340
*Telephone number*

(262) 548-9211
*FAX number*