JESSE VANG,

          Plaintiff,

v.

SERGEANT TADDY and
C/O SHULANDER,

          Defendants.

Case No. 25cv1892

## ANSWER AND AFFIRMATIVE DEFENSES
## OF DEFENDANTS SERGEANT TADDY AND C/O SHULANDER

Sergeant Taddy and C/O Shulander ("Answering Defendants"), through their attorneys,

MUNICIPAL LAW & LITIGATION GROUP, S.C., hereby submit the following Answer and

Affirmative Defenses:

PLACE OF PRESENT CONFINEMENT

1. **Answering ¶ I and its subparts**, admit Plaintiff has been incarcerated at the Manitowoc County Jail; as further answer to the allegations relating to compliance with the grievance procedure, admit there is a grievance procedure but deny Plaintiff's remaining allegations are complete or correct.

PARTIES

2. **Answering ¶ II and its subparts**, admit Jesse Vang is the Plaintiff and admit these Answering Defendants were employees of the Manitowoc County Sheriff's Department who have, at all times, acted consistent with their authority and within the scope of their employment.

PREVIOUS LAWSUITS

3. **Answering ¶ III and its subparts**, lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein relating to his place of present confinement and therefore deny the same, putting Plaintiff to his proof.

STATEMENT OF CLAIM

4. **Answering ¶ IV and its subparts or subparagraphs**, admit Plaintiff has been incarcerated at the Manitowoc County Jail; as further answer, deny Plaintiff's remaining allegations are complete or correct and deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

RELIEF YOU REQUEST

5. **Answering ¶ V,** deny Plaintiff is entitled to such relief and deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

## **AFFIRMATIVE DEFENSES**

Sergeant Taddy and C/O Shulander respectfully submit the following affirmative defenses

to Plaintiff's Complaint:

1. The injuries and damages sustained by Plaintiff, if any, may have been caused in whole or in part by his own actions or omissions, his failure to mitigate, or a combination of such;

2. The injuries and damages sustained by Plaintiff, if any, may have been caused in whole or in part by the acts or omissions of persons other than these Answering Defendants;

3. Plaintiff's Complaint may contain claims which fail to state a claim upon which relief may be granted as against these Answering Defendants;

4. Plaintiff's claims are subject to the limitations and requirements of the Prison Litigation Reform Act, including, but not limited to, the exhaustion requirements and the limitations on relief available;

5. Any and all injuries and/or damages sustained by Plaintiff, if any, may be the result of an intervening and/or superseding cause preventing Plaintiff from obtaining a right of recovery against these Answering Defendants;

6. These Answering Defendants may be immune from suit under common law and statutory immunities and privileges including discretionary immunity and qualified immunity;

7. Any claim for punitive damages is not supported by the facts of this case, by statutory and common law requirements for recovery of such damages, or by the Constitution's limitations on such damages including the due process clause and excessive fines clause;

8. The acts of these Answering Defendants were in good faith, privileged, justified, and not motivated by malice, recklessness or intent to harm; and

9. These Answering Defendants reserves the right to amend this Answer to assert additional defenses as discovery requires.

**WHEREFORE**, Sergeant Taddy and C/O Shulander respectfully request judgment as follows:

a. For a dismissal of Plaintiff's Complaint upon its merits;

b. For the costs and disbursements of this action;

c. For reasonable actual attorneys' fees pursuant to 42 U.S.C. § 1988; and

d. For such other relief as this Court deems just and equitable.

**THESE ANSWERING DEFENDANTS HEREBY REQUESTS A JURY TRIAL**

Dated this 11th day of June, 2026.

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**
Attorneys for Defendants Sergeant Taddy and
C/O Shulander

By: */s/ Electronically signed by Remzy D. Bitar*
REMZY D. BITAR
State Bar No: 1038340

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net