JESSE VANG,

     Plaintiff,

v.                 CASE NO. 25cv1892

SERGEANT TADDY and
C/O SHULANDER,

     Defendants.

## RULE 7.1 DISCLOSURE

The undersigned, counsel of record for Defendant named above furnishes the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1.  The full name of every party or amicus the attorney represents in this action.

  **Response:  Sergeant Taddy and C/O Shulander.**

2.  If such party or amicus is a corporation:

  a.  Identify any parent corporation and any publicly held corporation owning 10% or more of its stock or

  b.  State if there is such corporation.

  **Response:  None**

3.  State the name of all law firms whose attorneys will appear, or are expected to appear, for the parties in this Court:

<div align="center">1</div>

**Response:** **Municipal Law & Litigation Group, S.C.**

Dated this 11th day of June, 2026.

<div style="margin-left:45%">

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for Defendants, Sergeant Taddy and C/O Shulander

By: */s/ Electronically signed by Remzy D. Bitar*
    REMZY D. BITAR
    State Bar No: 1038340

    730 N. Grand Avenue
    Waukesha, WI 53186
    O: (262) 548-1340
    F:  (262) 548-9211
    E: rbitar@ammr.net

</div>

2