JESSE VANG,

        Plaintiff,

v.

                                                     Case No. 25cv1892

SERGEANT TADDY and
C/O SHULANDER,

               Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the following documents using the ECF system on behalf of Defendants, Sergeant Taddy and C/O Shulander:

1) **NOTICE OF APPEARANCE (ATTORNEY REMZY BITAR);**

2) **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS SERGEANT TADDY AND C/O SHULANDER;**

3) **CONSENT/REFUSAL TO PROCEED BEFORE A MAGISTRATE JUDGE;**

4) **RULE 7.1 DISCLOSURE;** and

5) this **CERTIFICATE OF SERVICE.**

I also certify that the foregoing documents have been sent to the following non-ECF participant via U.S. Mail on June 11, 2026:

**Jesse Vang, #17451**
MANITOWOC COUNTY JAIL
1025 S. 9th St.
Manitowoc, WI  54220

Dated this 11th day of June, 2026.

                                      **MUNICIPAL LAW & LITIGATION GROUP, S.C.**

                                      Attorneys for Sergeant Taddy and C/O Shulander

By: */s/ Electronically signed by Remzy D. Bitar*
                   REMZY D. BITAR
                   State Bar No: 1038340

                   730 N. Grand Avenue
                   Waukesha, WI 53186
                   O: (262) 548-1340

1

F:  (262) 548-9211
E: <u>rbitar@ammr.net</u>