**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

JESSE VANG,

Plaintiff,

v. Case No. 25-CV-1892

SERGEANT TADDY, and
C/O SHULANDER,

Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Attorney Andrew F. Pietroske appears on behalf of Defendants, Sergeant Taddy and C/O Shulander, in the above-entitled action, and we hereby request copies of all proceedings in this action subsequent to the Summons and Complaint to be served upon us.

Dated this 15th day of October, 2026.

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for Defendants, Sergeant Taddy and C/O Shulander

By: *<u>/s/ Electronically signed by Andrew F. Pietroske</u>*
REMZY D. BITAR
State Bar No: 1038340
ANDREW F. PIETROSKE
State Bar No: 1134750

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
apietroske@ammr.net