UNITED STATES DISTRICT COURT
EATERN DISTRICT OF WISCONSIN

---

JESSE VANG,
Plaintiff,

v. Case No. 25cv1892

SERGEANT TADDY and
C/O SHULANDER,
Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on October 15, 2026, I electronically filed the following documents using the ECF system on behalf of Defendants, Sergeant Taddy and C/O Shulander:

**1)** **NOTICE OF APPEARANCE (ATTORNEY ANDREW PIETROSKE);** and

**2)** this **CERTIFICATE OF SERVICE.**

I also certify that the foregoing documents have been sent to the following non-ECF participant via U.S. Mail on October 15, 2026:

**Jesse Vang, #17451**
MANITOWOC COUNTY JAIL
1025 S. 9th St.
Manitowoc, WI 54220

Dated this 15th day of October, 2026.

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for Sergeant Taddy and C/O Shulander

By: *_/s/ Electronically signed by Andrew F. Pietroske_*
REMZY D. BITAR
State Bar No: 1038340
ANDREW F. PIETROSKE
State Bar No: 1134750

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
apietroske@ammr.net