U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

Clerk of Courts, 11/03/26

Enclosed is all discovery to my lawsuit No. 25-CV-1892.

Since this is an on-going situation, If there are any new discovery, I will send it.

Thank You,

Jesse Vang

Jesse Vang

# Exhibit A

| No. | Date | Type |
|---|---|---|
| 72122 | 9/5/24 | Grievance 1 |
| 72220 | 9/6/24 | Grievance 2 |
| 72512 | 9/11/24 | Grievance 3 |

Note: This discrimination Lawsuit started with Sgt. Smith from the beginning. Though Sgt. Smith is not listed on the complaint, the reason is that since there are no body cams nor Audio, I had No solid proof to listed Sgt. Smith as a defendant.

Memo: These 3 Grievances are very important because Sgt Smith had completed an improper Disciplinary Hearing. Which in my opinion started months and years of retaliation, discrimination, abuse of power causing me many days in segregation, causing stress, anxiety and PTSD. Plus pain and suffering from the days in segregation.

72122

Grievance: [Step 1] Initial Complaint

Submitted: 9/5/2024 6:45 AM

Denied

Processed: 9/6/2024 6:43 AM

JESSE VANG

Location: Seg / Commons

Identifier: 17451

Birthdate: [redacted]

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident:

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:

9/3/24

Was a Staff Member Involved?

YES

IF "YES", please provide name(s):

Sgt.Smith

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):

I did not have a formal hearing. I did not get legal counsel. I wanted to plea my case. My civil rights are in violation and procedures of due process are in violation. I was told if i did not sign and initial the waiver paper , Sgt Smith would still sign the paper and just go about his day. C/o taddy, hobowlltz and a new c/o was withness to this.

State how you feel this INITIAL COMPLAINT should be resolved:

Take off my minor reports of contraband, and transfer of property. Since I did not get to plea my case or have an official hearing for my story to be heard. I do not agree with Sgt. Smith decision(s).

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

PAGE 1

**Responses**

Sgt Smith went over the administrative hearing paperwork and noticed jail staff beforehand forgot to have you initial the second page of the paperwork. That part in your due process, was the hiccup. Sgt Smith conducted a hearing for you so you can explain your side of the discipline report. Sgt Smith and jail staff gave you an opportunity to explain yourself and you did. You got time served on the discipline report. no extra discipline days to serve. Unfortunately, you were not happy we didn't expunge it off your record here, but it stays on your record (file) with us as long as you are incarcerated here. You did not get charged with anything and had no extra days to serve in discipline.

*Steven Smith @ 9/6/2024 6:43 AM*

Manitowoc County Jail

Grievance: [Step 2] Formal

72220

## Grievance: [Step 2] Formal

Submitted: 9/6/2024 10:50 AM

Complete

Processed: 9/11/2024 9:04 AM

JESSE VANG

Location: Seg / Commons

Identifier: 17451

Birthdate: [redacted]

**Fields**

Date of the incident:

9/3/2024

State your DETAILED grievance below:

On 9/3/24 I was supposed to have a formal hearing for my incident reports on 9/1/24 or 9/2/24. (Transfer of property and contraband). I had a hearing at about 10am but was not offered any legal counsel nor a proper hearing to plea or explain my case. There was Sgt. Smith, c/o hobowiltz, c/o taddy and a new trainie. Sgt. Smith said that he would give me timed served, which I was sent to the hole monday at 130am (9/2/24). I told sgt smith that why am i not getting a chance to explain my case and why do I not have legal counsel, for which i knew that that was how incident reports operated. He said that they do not do that here and for me to sign and initial the waiver paper. I told sgt smith, what would happen if I refused to sign it because i did not get a formal hearing and he replied, 'Than Ill sign it and go about my day', feeling theres no option i signed the paper. I feel as though my civil rights and rights to a due process has been violated.

State how you feel this grievance should be resolved:

expunge or erase or clear the incident reports, transfer of property and contraband, off my jail record/portfolio.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

**Responses**

When Sgt Smith was notified that you were not provided the correct waiver paperwork prior to you accepting your days. Sgt Smith correctly stopped your hole time and only had you sit the initial 24 hours due to you not being aware of your rights. Unfounded

*Jack Velukas @ 9/11/2024 9:04 AM*

PAGE 2

IT'S COPY 3F

# Manitowoc County Jail

## Grievance: [Step 3] Appeal

72512

Grievance: [Step 3] Appeal

Submitted: 9/11/2024 12:11 PM

Complete

Processed: 9/13/2024 11:43 AM

JESSE VANG

Location: Seg / Commons

Identifier: 17451

Birthdate: [redacted]

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
9/03/24

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
In step 2 of my initial grievance, Lt responds that Sgt. Smith only informed me of my waiver, which I am stating again from step 1, that I did not want to waive any hearings and wanted to have a formal hearing with a representative by my side and if needed , I could call any witness's on my behalf.. Again I did not get a proper hearing or due process and my rights to a hearing were violated.

State how you feel this grievance should be resolved:
Take off the charges or incident reports of transfer of property and contraband on 9/2/24 (sunday @130am)

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

**Responses**

GRIEVANCE AFFIRMED. DUE TO ISSUES WITH THE DUE PROCESS OF THE HEARING, VIOLATIONS HAVE BEEN VOIDED AND YOUR CLASSIFICATION HAS BEEN RETURNED TO MINIMUM.
*Andrew LaCrosse @ 9/13/2024 11:43 AM*

PAGE 3

Jesse Vang
1025 South 9th St.
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

[Contains Discovery]

1 of 15

53202-458299

Manitowoc County Jail

CO: General

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

97830
CO: General
Submitted: 10/31/2025 3:17 PM

Complete
Processed: 10/31/2025 3:56 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Lt. Valukus, is it possible for you to save the footage on 7/7/25 from 6am-noon , 3f and hallway/ elevator cameras?

**Responses**

your message has been forwarded
*CO Jacobs @ 10/31/2025 3:35 PM*

We are not able to go that far back
*LT Valukas @ 10/31/2025 3:56 PM*

Page 29

98296

Records Release of Jail Information

Complete

Submitted: 11/7/2025 11:57 AM

Processed: 11/10/2025 9:42 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Please save video of 11/07/25 @ 0030 am- 130am, video of C/O Laabs walking through for security check and he brings an inmate named Timmy Balongie his uniform by the bathroom area, which then Timmy just walks back to his bunk and does not put on his uniform, which did not result in , no incident report. ( No disobeying an order ,nor , proper attire). I walked right pass them both at the time. ( Note that I was sentenced to 10 days for this exact situation, as Laabs being one of the opposing officers at the hearing.

DATE OF OCCURANCE(S):
11/07/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

This will be saved. Note...We will not be saving all future video footage of any inmate with their uniform down.
*JA LaCrosse @ 11/10/2025 9:42 AM*

Page 31

98337
Records Release of Jail Information
Submitted: 11/7/2025 9:48 PM

Complete
Processed: 11/10/2025 9:43 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok.

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Please save video of 11/07/25 @ 130 am-230 am. Walkthrough of C/O Laabs first walkthrough. After Laabs brought Timmy Balongie his uniform,( timmy was in his full thermal top and bottom only), Timmy walked back to the bunk area without putting on his uniform. ( Sgt. Shmicheal said to Laabs, ' should I send him to the whole and C/O Laabs said,' NO', and walked out of the unit. Video of 2E.

DATE OF OCCURANCE(S):
11/07/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
Please print this out for my copy.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

Done.
*JA LaCrosse @ 11/10/2025 9:43 AM*

Page 30

100184
CO: General
Submitted: 12/10/2025 12:16 PM

Complete
Processed: 12/10/2025 1:21 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Lt Valukus-- When I ask for you guys to save certain video footages, do you guys save it seperately and store them safely?. Can I buy a usb drive so you can save all of my requested videos, for my own records?

**Responses**

Request forwarded to LT. Valukas.
*CO Stevenson @ 12/10/2025 1:12 PM*

You buying a USB is not an option, Your videos are saved along with all other videos
*LT Valukas @ 12/10/2025 1:21 PM*

101003

CO: General

Submitted: 12/24/2025 12:35 PM

Complete

Processed: 12/31/2025 6:44 AM

JESSE VANG

Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To JA Lacrosse- (note)- yesterday night or considered this morning from midnight to 1am( dont quote me on the exact time, please view camera), but after heckers walkthrough, and before laabs's, Laabs called in on the intercom or maybe sgt. Taddy did, for an inmate to wear their uniform, that inmate did not, 20 min later he did the exact same thing, walked to the BR in thermal bottom and tshirt, no one was written up. you have to remember that on 7/8/25, i was given 10 days for a 2/3 MINOR, incident reports & laabs was part of that committee given that 10 days decision. If my initial Inci. Rep. Was so horific, why was others who commit the same not given an Incident report.

**Responses**

Forwarded

*CO Freund @ 12/24/2025 1:02 PM*

ON 10/14/25 SGT Taddy replied to you with this: WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. Unfortunately, there can be some inconsistencies in the jail, but jail staff strive every day to try to make sure all inmates here are safe and treated fairly. If you feel That the situation was not handled correctly, reach out to the jail staff that was working and have a discussion about it. There is a chain of command. If there is something a CO or an SGT can help you with the matter, start there. Unfortunately, you don't get to skip over that.

*SGT Smith @ 12/31/2025 6:22 AM*

COPY

Jesse Vang
1025 S 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

14 of 15

53202-451187

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

85982
Grievance: [Step 1] Initial Complaint
Submitted: 5/7/2025 10:59 PM

Complete
Processed: 5/8/2025 11:39 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2- may 4 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith , carlton, taddy

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
page 3 (cont) So i asked Sgt Smith to come and speak with me and he jus ignored me. C/o naidl was also on the intercom,and after a fe exchanges, Sgt Smith said , " just shut the fuck up". So far everytime I or someone that hasbrought up me being threatened about charges, nothing has been done. Only a reply , "we'll keep an eye out on the block". Im frustrated to the point where, if a person threatens me , especially more than 3 times, I would probably handle things myself, since staff wont. I went to Admin Seg for 2 months for a reason, to stay away from the bs andto decompress. Back to the night of saturday may 3rd, 11pm, I had a bad feeling Sgt. Smith was going to come to work and harass me. So i buzzed the intercom,and asked Sgt Schmicheal if he could please move me to generl population before breakfast, because i was geting re-classed to minimum the next morning, May 4th. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Write everyone up, stop harassing me.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 8

**Responses**

Staff will address any concerns you may have appropriately, with the information they are given. Denied.
*SGT Adleman @ 5/8/2025 11:39 AM*

85983

## Grievance: [Step 1] Initial Complaint

Submitted: 5/7/2025 11:08 PM

Complete

Processed: 5/8/2025 11:41 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt smith , taddy carlton.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
page 4 (cntd) Sgt. Schmicheal replied, " Im not doing all that and dont worry, Smith has bigger things to worry about thango after you". So i took Schumicheals word for it and thought to myself, maybe im just over reacting. Then, when morning came, at 645 am, Dave wilson was let out of his cell until about 10am , we got cell searched at 1005. If me and Wilson was supposed to be on disapline of one hourout each, I definately did not get my hour(s) out.( view cameras for confirmation). Even if/though i am sleeping , Sgt. Smith still could of opened my door as sceduled. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Write everyone up for thesame offenses.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 9

**Responses**

Staff will address appropriately with the information given. Due to not getting along, you were locked in alternating time out of cell. Denied
*SGT Adleman @ 5/8/2025 11:41 AM*

85984
## Grievance: [Step 1] Initial Complaint
Submitted: 5/7/2025 11:20 PM

Complete
Processed: 5/8/2025 11:46 AM

## JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt.Smith , carlton, taddy.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Page 5 /// I then was sent to an interview room , during search, and i already knew i was going to the hole or seg, or b-block. While i was in the interview room, i wasonly thinking about hopefully, they dont read my legal papers/notes. When the 3 came to the interview room, Carlton showed me a ziplock bag containing a needle of some sort. He said what is this and i said i found that some months ago and put it in my colorbox and forgot i even had it. ,then i said, " why? , are you saying that, that is a weapon?" Crlton replied "yes". I purposedly asked that question to confirm to myself tht if they found something, anything, it was going to be blown out of proportion. Than Carlton replied, were giving you 4 days. With the complications that has been going on all weekend with Smith and his team and with dave wilson harassing me, i replied in anger, youll some hoes and youll out to get me. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Stop harasing me and write everyone up the same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

Cell searches can be conducted anytime for safety and security of the jail. Contraband was found in your cell. You were disciplined accordingly. Denied
*SGT Adleman @ 5/8/2025 11:46 AM*

Page 10

85985
## Grievance: [Step 1] Initial Complaint

**Complete**

Submitted: 5/7/2025 11:34 PM
Processed: 5/8/2025 11:50 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith, carlton, taddy,

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Page6, Nothing was explained to me, i was just told ilget 4 days and will get an explaination when i get my incident report. The part i do not understand is , once i got my report, how can i get 4 days as major , when the original charges were just 2 minors, then my comment making it 3 minors. So if i would of never made the comment, how'd they come up with 4 days? Im not denying the charges, though they were pity, besides the needle, i just dont appreciate being harassed, being targeted, beingprovoked, being disrespected, and (racially) discriminated. Ive been here 16 months and the staff that I actually converse with willvouche that i am a polite and respectful indiviadual. I almost didnt write this grievance due to me being tired of the on-going issues between me and Sgt. Smithand i dont want to keep being targeted or retaliated on, but the harassment needs to stop. I dont have an issue with Sgt.Smith , so id appreciate some respect and i will return to same respect.

State how you feel this INITIAL COMPLAINT should be resolved:
Stop harassing me and write everyone up the same.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 11

**Responses**

You were given your discipline report. You were offered days. You had the option to go to the hearing. You waived your hearing. Denied
*SGT Adleman @ 5/8/2025 11:50 AM*

# Manitowoc County Jail

## Grievance: [Step 1] Initial Complaint

85986
**Grievance: [Step 1] Initial Complaint** — Complete
Submitted: 5/7/2025 11:39 PM — Processed: 5/8/2025 11:52 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4 2025.

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith carlton, taddy,

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
page 7 NOTE--- Ive had cell bunk searches in the past and extra clothing was just taken, no one was written up for it. So if you chose to write me up please write everyone up for the same thing. Asforthe extra blanket, apparently there are two ways to look up the list, I am approved the 3rd blanket as a alternative to not having a c- pap maching, so honestly i dont even see how that can expire but , it shoul not be my fault.

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

You were issued a discipline report. You had the opportunity for a hearing. You chose to waive it. Denied.
*SGT Adleman @ 5/8/2025 11:52 AM*

Page 12

# Manitowoc County Jail

# Grievance: [Step 2] Formal

86124
Grievance: [Step 2] Formal
Submitted: 5/9/2025 10:01 PM

Complete
Processed: 5/12/2025 11:09 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Date of the incident:
5/2/2025

State your DETAILED grievance below:
I understand that i waived the charges, im not attesting, i would just appreciate some respect from staff that, since everyone knowsabout my charges, to help intervien before things escalate. Also, to stop harassing me by , if your staff would write me up for certain disaplinary actions, just write everyone up equally, and do not just target me. Thank you.

State how you feel this grievance should be resolved:
Staff to stop targeting me and writeeveryone up equally.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

You committed an infraction of jail rules, you were written up for these infractions, and you waived you hearing. Denied
*LT Valukas @ 5/12/2025 11:09 AM*

Page 12.5

86249

## Grievance: [Step 3] Appeal

Submitted: 5/12/2025 10:11 PM

Complete

Processed: 5/14/2025 12:39 PM

JESSE VANG
Location: 2F / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
May 2-May 4 2025

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
I understand i did have a needle, i had extra socks and tshirts and i did have some thermals that somone gave me when the left home. That is why i waived the heaing, but if Sgt. Smith, Carlton and Taddy is going to write me up for these. Im expecting them to write everyone up too the same. I say this because i feel targeted by those 3 , knowing that , that morning was my re-classification, and ive been waiting for that day to come, would do a cell search , after i told taddy my plan to go back to general population on may 4th, and would write me up for everything that they possibly could, so i can catch a major and restart my classification from maximum security. I dont appreciate being targeted, retaliated , discriminated , and being provoked. Im already being harassed enough from inmates, id like staff to atleast show some fairness and integrity.

State how you feel this grievance should be resolved:
Write everyone up the same and please do not target me.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

Mr. Vang...Staff is not targeting you. They completed a cell search as they are instructed to do and found the contraband items that you admitted to having. Staff treats everyone the same and your allegations towards them are unfounded. Grievance Unfounded.
*JA LaCrosse @ 5/14/2025 12:39 PM*

PAGE 12.75

Printed on 10/25/26
Had No recollection of existance and No access to find it prior date above.

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

53202-458299

3 of 15

# Exhibit B

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

| No. | Date | Type |
|---|---|---|
| 85918 | 5/6/25 | Grievance 1 |
| 85981 | 5/7/25 (10:44) | Grievance 1 |
| 85982 | 5/7/25 (10:59) | Grievance 1 |
| 85983 | 5/7/25 (11:08) | Grievance 1 |
| 85984 | 5/7/25 (11:20) | Grievance 1 |
| 85985 | 5/7/25 (11:34) | Grievance 1 |
| 85986 | 5/7/25 (11:39) | Grievance 1 |
| 86124 | 5/9/25 | Grievance 2 |
| 86249 | 5/12/25 | Grievance 3 |

page 4 & 5 are the actual incident report

Memo: The incident report is the C/O's writting me up over things that normally the C/O's would not write someone up. But since Sgt. Smith was the lead Sgt on Duty, I was given multiple minors causing a major, loosing my minimum classification status on that exact day.

I then wrote a grievance explaning the harrassment with no resolution only to be told that I am not being targeted and that the C/O's were just doing their jobs. [Check the Shake down list of dates of when and how many times does the C/O's shakedown Administrative Segregation, for confirmation.

# MANITOWOC COUNTY JAIL
# INMATE REPORT

**DATE:**

**TIME:** 1145

**REPORT OFFICER:** CO Carlton

**VIOLATION LITERAL: RULE VIOLATION**

**LOCATION: BLOCK**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):** Vang, Jesse

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**ACTION TAKEN: ADMINISTRATIVE HEARING**

| | |
|---|---|
| **REMARKS:** | A15 - Possession of Contraband - Items, objects, or things prohibited by law, or that which specific permission has not been granted for the inmate to possess, used in manner other than intended.<br><br>A04 - Disrespect to Staff / Anyone - No disrespecting anyone. Body language or verbal display that is abusive, profane, or vulgar in nature, directed towards staff, that interrupts daily operations. This includes verbal and written forms of disrespect |
| **NARRATIVE:** | I CO Carlton was working at the Manitowoc County Jail on the above date and time with SGT Smith, CO Taddy, & CO Ording. While conducting a routine cell search within Administration Cell 1S2, where inmate Vang, Jesse was housed, I discovered a soap box containing colored pencils. Upon further inspection of the soap box, I observed a metal object concealed inside. I removed the item and identified it as a nail from a battery. This item is classified as contraband per facility policy.<br>As I continued to search in Vangs cell the following items were found<br>Three (3) extra thermal tops<br>One (1) extra blanket<br>Two (2) extra T-shirts<br>Two (2) extra pairs of socks<br>All the above are considered contraband items as they exceed issued quantity of 7 whites, & 2 blankets. The thermals belonged to another inmate that is no longer here and was disposed of. A20-Unauthorized transfer of property |

Page 4

# MANITOWOC COUNTY JAIL
# INMATE REPORT

| | |
|---|---|
| | Vang was informed that he would be receiving disciplinary action for possession of contraband. In response, Mr. Vang stated, "This is bullshit," and claimed he did not remember having the items, stating he had found the nail some time ago and forgot about it.<br>Vang was then informed he would be going to 3B Block to serve discipline. Vang stated he didn't understand why he was being disciplined, as he forgot about the nail.<br>As Vang proceeded to the elevator, he made a comment, stating, "You are nothing but a bunch of hoes and now you're after me." Once in the elevator, I attempted to return his blanket, but Mr. Vang refused to take it, stating that he did not want it.<br><br>For the rule violations, I will be offering Vang 5 days total of discipline. If he wants a hearing it will take place on 05/05/2025 @ 2300 His initial 24 hours is:<br>In 05/04/2025 @ 1035<br>Out 05/09/25 @ 1035<br><br>EOR 242 |
| SUPPLEMENT: | |

**REVIEWING OFFICER**: S169

Page 5

85918

## Grievance: [Step 1] Initial Complaint

Submitted: 5/6/2025 11:25 PM

Complete

Processed: 5/6/2025 11:49 PM

## JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2nd-May 4th 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgrt Smith, co Carlton, co taddy

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
On may 2nd around 330-430 pm, Dave Wilson used the phone to call his momand said som threatening and vulgar languages about me. This was the 3rd time wilson had harrased me by bringing up my charges. So, in response, i yelled at wilson that if he had an issue with me ,to address it directly to me, he said nothing, making things look like only i was verbally attacking him. ( Ryan Shroeder is a witness to the harassments). At 5pm, same day, co taddy was collecting trays and I asked taddy if i could go view my discovery. Taddy came back at 530 to get me. At that time I said to taddy, hey thanks i need a break from wilson. I then told taddy I was just trying to stay away from wilson and that I would be reclassified on may 4th but was waiting specifically for Srgt Dunn to get back on monday May 5th, because me and Dunn had talked about a safe enviorment for me being in general population. Knowing this, i believe co taddy and Srgt Smith conspired to mess up my reclass status. On, (cntd)

State how you feel this INITIAL COMPLAINT should be resolved:
For Srgt Smith to stop targetting me, and to not pick or chose who you want to write up.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 6

**Responses**

You were offered a hearing for your discipline and chose not to take the hearing to challenge the discipline. None of the CO's or SGTs are targeting you. You on your own are in control of your own behavior and things you keep in your cell. Unfounded.

*CO Maloney @ 5/6/2025 11:49 PM*

85981

## Grievance: [Step 1] Initial Complaint

Submitted: 5/7/2025 10:44 PM

Complete

Processed: 5/8/2025 11:31 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
May 2-May 4th, 2025

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Smith, carlton, taddy.

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Cont/ page 2, (ran out of time yesterday, also i kept getting logged out of kiosk) . On May 3rd, Saturday, Sgt. Smith put me and Dave wilson in a one hour out at a time disapline which started around 330pm. I dont agree with this because, I initially did not threatned Wilson. Then, around 6 pm, i felt as though i was being mistreated, so i asked to talk to sgt smith , to explain why am i being punishedwhen wilson was the one who started the harassment, yet even though the knew about the harassment, wont do anything about it, not until , i re-acted and write both ofus up. Theres no disrespect prevention here. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Write everyone up. Stop harassing me.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

For safety and security of the jail, you both were given alternate out times due to not getting along. DENIED
*SGT Adleman @ 5/8/2025 11:31 AM*

Page # 7

Jesse Vang
1025 S. 9th St.
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

2 of 15

53202-458299

# Exhibit C

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

| No. | Date | Type |
|---|---|---|
| 90036 | 7/12/25 | Grievance 1 |
| 90170 | 7/14/25 | Grievance 2 |
| 90330 | 7/16/25 | Grievance 3 |

page 13 & 14 are, incident report and decision at hearing.

| | | |
|---|---|---|
| 90483 | 7/18/25 | Classification |

Memo: Furious about getting the maximum days of an incident report and at my hearing, I understood that my word was not heard in my defense, since I had no audio to prove my claims, Instead of grieving on the decision of the harsh 10 days, I wrote a grievance on the jailers to wear body cams. For future referrences so that I could have some proof to defend myself if any other harrassment occurs again.

Ofcourse the Grievances were denied.

(note) On 7/7/25 Shulander and Sgt. Smith were working extra shifts, meaning Shulander was not on his regular shift. I asked for video footage at my hearing so I can compare if Shulander had co-incidently or purposely walked into 3F, but

Request # 90483 is a message to Sheriff Daniel L. Hartwig about staff wearing body cams with No reply from the Sheriff

# MANITOWOC COUNTY JAIL
# INMATE REPORT

**DATE: 7/7/2025**

**TIME:** 0700

**REPORT OFFICER:** Shulander 391

**VIOLATION LITERAL: RULE VIOLATION**

**LOCATION: BLOCK**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):** Vang, Jesse

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**ACTION TAKEN: ADMINISTRATIVE HEARING**

| **REMARKS:** | Disrespect(A04), Proper Attire(A16), Disobey Orders(A02) |
|---|---|
| NARRATIVE: | On the above date while conducting my security check on 3rd Floor of the Manitowoc County Jail, I observed inmate Vang, Jesse using the bathroom area with no uniform on and only wearing thermals. This is a violation of Proper Attire(A16), I then handed him his uniform from his bunk and advised him to put the uniform on and that it needs to be on while off his bunk. Vang walked past me with the uniform and placed it back on his bunk. He refused to wear it which now is a minor infraction of disobeying orders (A02). I called Vang out of the block on the completion of my check and asked why he walked past me with the uniform, he stated it was only 2 feet to his bunk. I told him he needs to wear it all the time off his bunk and he then stated this is "bullshit" he called me a "faggot" numerous times. I told him to go pack up his property and he stated he would not pack it up, I advised him I would pack up then. While escorting to 1st floor he called me a bitch and that I suck Smith's ass. I assume he is referring to Sgt. Smith my partner at the time but I did not ask him to elaborate on who he was talking about. This violates the rule of disrespect(A04).<br>While packing up his property he had an extra blanket, peanut butter cup off a tray, and numerous juice packs from the kitchen. It should be noted this would have been a 3rd minor but due to 3 minors in this report it will now be a major and Vang will be offered discipline day(s) or an administrative hearing. |

Page 13

MANITOWOC COUNTY SHERIFF

*Sheriff* - Daniel L. Hartwig

*In Partnership with the Community. Dedicated to Your Safety.*

# Inmate Notice of Discipline

Inmate's Name: Vang, Jesse

Date: 7/8/2025

You are hereby notified that a decision has been issud in regards in to the following disciplinary actions:

| Violation: | Date: | Disposition: |
|---|---|---|
| 1.Disrespect to staff | 7/7/25 | |
| 2. Proper Attire | 7/7/25 | |
| 3. Disobeying Orders | 7/7/25 | |

ADVOCATE - CO POOLER

Hearing staff member or committee conducting th hearing: IRADDY 176/195/168/272 LARBS SCHMEICHEL WILKER

Date: 7-8-25

GIVEN 10 DAYS TOTAL - 24 HR SERVED

START 7-8-25@2245

END 7-12-25@2245

Page 14

You have a right to appeal any decision administered by the Hearing Officer or Committee. This appeal process can be handled through the Manitowoc County Jail grievance process.

Your signature acknowledging receipt of this decision: REFUSED

SGT. IRADDY 7-8-25

Sgt. Schmeichel 7-8-25

90036

## Grievance: [Step 1] Initial Complaint

Submitted: 7/12/2025 11:15 PM

Complete
Processed: 7/13/2025 3:01 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
01/01/2025

Was a Staff Member Involved?
NO

IF "YES", please provide name(s):
None

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Please upgrade your camera system to have audio along with video, or have your staff wear a body cam. for the safety of staff and prisoners.

State how you feel this INITIAL COMPLAINT should be resolved:
Wear bodycam or upgrade camera system.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 15

**Responses**

STAFF AT THE MANITOWOC COUNTY JAIL DOES A VERY GOOD JOB AT STAYING SAFE AND KEEPING INMATES SAFE. WE APPRICIATE THE SUGGESTION. GRIEVANCE DENIED
*SGT Taddy @ 7/13/2025 3:01 AM*

90170
Grievance: [Step 2] Formal
Submitted: 7/14/2025 11:05 PM

Complete
Processed: 7/15/2025 10:11 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Date of the incident:
1/1/2025

State your DETAILED grievance below:
I understand staff keeps prisoners safe, it is just a suggestion and for future references.

State how you feel this grievance should be resolved:
Add audio to camera system and or wear body cam.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

DOC 350 outlines the standards for every county jail. What you are attempting to grieve is outside of those standards. Denied
*LT Valukas @ 7/15/2025 10:11 AM*

Page 16

90330
**Grievance: [Step 3] Appeal** — Complete
Submitted: 7/16/2025 10:39 PM — Processed: 7/18/2025 9:53 AM

JESSE VANG
Location: 2F / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
1/1/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
I understand it may be an issue to get audio and video together, or body cams, but, its a suggestion for future safety reasons that could benefit prisioners as well as staff.

State how you feel this grievance should be resolved:
Wear body cams, or get camera system with audio and video together.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

Page 16.5

**Responses**

This is not a grievable issue. Denied
*JA LaCrosse @ 7/18/2025 9:53 AM*

Printed on 10/25/26
Had No Recollection of existance and No Access to old Messages to find it prior date above.

Manitowoc County Jail

Classification

90483
Classification
Submitted: 7/18/2025 10:01 PM

Denied
Processed: 7/18/2025 10:59 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
To Sheriff Daniel L. Hartwig--- Hello, my name is Jesse Vang. I am writting to you to address an possible issue in the jail. I believe the jail should have audio and video in the camera system or have staff wear body cams for future safety of staff and pre-trial detainees. I have exhuasted all me remedies through the grievance system, prior this letter, and all 3 steps were denied. Thank you sir, I believe you will resolve this in timely matter. Jesse Vang.

**Responses**

not a classification question
*CO Maloney @ 7/18/2025 10:59 PM*

Page 17

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 1




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

4 of 15

53202-458299

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

Exhibit G

| No. | Date | Type |
| --- | --- | --- |
| 100756 | 12/19/25 | General |
| 100792 | 12/20/25 (3:23) | General |
| 100795 | 12/20/25 (3:57) | Copies Tab |
| 100806 | 12/20/25 (6:59) | Copies Tab |
| 100807 | 12/20/25 (7:07) | Classifications Tab |

Memo: Discussion with C/O Shulander on why he wrote me up but saw other people do the same and just give them a verbal command to put on their uniform.

In 100756, I addressed it to the JA, but I doubt he ever saw the message because the message was answered by Shulander and never forwarded to the JA.

100756
CO: General
Submitted: 12/19/2025 4:33 PM

Complete
Processed: 12/20/2025 7:04 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
JA Lacrosse- Today(12/19/25) , between noon and 1pm, I heard someone on the intercom that sounded like C/O Shulander, saying for someone to put on their uniform, from my observation, no one reacted as in no one cares, who-ever it was that he was adressing this to. I was walking towards the showers to shower. After shower, I was called out for mail, while out there, I asked Shulander if that was him who called in on the intercom and he confirmed by saying, 'yea a few times', I said who was he talking to and he would not clearify. Please investigate this matter because, from my knowledge, that is A16 proper attire and A02 disobeying orders, yet no incident report was written. Again, discrimination.

**Responses**

You don't have to know what I am doing or saying to anyone else. I will not discuss with you anything about any other inmate as well as I will not discuss with any other inmate anything about you. Unsure how you think this is discrimination, but it is not.
*CO Shulander @ 12/20/2025 7:04 AM*

COPY

100792
CO: General
Submitted: 12/20/2025 3:23 PM

Complete
Processed: 12/20/2025 3:36 PM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To C/O Shulander- It is discrimination under the facts that you did the exact same thing by asking me to wear.my uniform, and because I didnt, when my bunk was 2 feet away, you wrote me up on 7/7/25 for disobeying an order, proper attire and later leading to disrespect. What is the difference in this situation? Nothing. Everything happened the same, whoever it was that you were talking to, which I do know who it was, they disobeyed your order, yet they did not get written up for anything. If you are going to write someone up, you need to write everyone up who causes the same discipline. You are not above the law, and you do not get to pick and chose who you want to send to segregation. The only conclusion I have here is that you are showing discrimination towards me.

**Responses**

You are incorrect about the uniforms yesterday. 2 separate inmates at different times and both complied when I called into the block. Back in July that was a different situation and could have been avoided by simply wearing of the uniform regardless how far your bunk was from the bathroom area, I believe I even called out and spoke with you about it and then you were disrespectful with comments made and what you called me and other staff here. I offered you three days for the minor violations but you choose to take it to a hearing to contest the report. If you feel I did something wrong or you were wronged you can always grieve the process for more/better clarification.

*CO Shulander @ 12/20/2025 3:36 PM*

COPY

100795

CO: Copies

Submitted: 12/20/2025 3:57 PM

Denied

Processed: 12/20/2025 4:17 PM

JESSE VANG

Location: 3C / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please select what request is for:

I am requesting to have copies made. By submitting this form, I agree to have my account charged accordingly.

Additional Info:

To Shulander- All you have to do is review camera footage. I know what I saw. Also, to my recollection, you are lying because I remember when you called me out, the very first thing you said to me in a aggresive tone, why are disrepecting me. I replied that, how was I disrepecting you, I didnt even say anything to you. (It was 7am). I litterally grabbed my uniform from you and walked to my bunk. You could of handled it differently, but you decided that I disobeyed an order, proper attire and disrespect, and you replied, thats 3 minors so go pack your shit! -That was when I was triggered and provoked to call you names. (If only you and staff would wear bodycams). That is my argument.

**Responses**

This is not a copy request.

*CO Freund @ 12/20/2025 4:17 PM*

COPY

Manitowoc County Jail | CO: Copies

100806

CO: Copies

Submitted: 12/20/2025 6:59 PM

Denied

Processed: 12/21/2025 6:05 AM

JESSE VANG

Location: 3C / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please select what request is for:

I am requesting to have copies made. By submitting this form, I agree to have my account charged accordingly.

Additional Info:

Please forward to Shulander- (there is no general tab available)- You are correct about one thing and that is that I should of grieved the incident that day on 7/7/25. But, I am very tired of you and your staff retaliating, that I decided to go a different route and grieved for staff to start wearing bodycam, since, I did try to bring up my issue at the hearing but got slammed with the maximum of 10 days in seg., so, I knew there was not much of a grievance to file, but for future reference, if staff wore bodycam, i can start proving my allegation, instead of my word against yours. Because I know I am right. You was the disrespectful one, you targeted me, the walk through was probably not even on scheduled, but you used that to your advantage. I believe you conspired with Sgt. Smith, but I can not prove it, and at the hearing, the hearing committee refused to review cameras to prove my theory that your timing was not on regular schedule. (continue)

**Responses**

That's not how it works. You will have to wait for an available CO General form. This is not a copies request.

*CO Freund @ 12/21/2025 6:05 AM*

COPY

100807
Classification
Submitted: 12/20/2025 7:07 PM

Denied
Processed: 12/21/2025 6:06 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
To Shulander- (continue)- Plus I did NOT have a advocate to properly defend me, so that is misconduct from the jail because I ended up getting the maximum days any Major charge carries in this county Jail. Something needs to improve and be done around here for the safety of the inmates. I believe, the staff wearing bodycam should be the start of it all.

**Responses**

This is not a classification related request.
*CO Freund @ 12/21/2025 6:06 AM*

COPY

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

[illegible] of 15

53202-451187

Exhibit I

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

| No. | Date | Type |
|---|---|---|
| 100754 | 12/19/25 | Court Tab |
| 102240 | 1/15/26 | General |
| 102538 | 1/19/26 (9:52) | General |
| 102539 | 1/19/26 (10:04) | Court |
| 102542 | 1/19/26 (10:35) | Copies Tab |

Memo: proof I do Not have access to the Federal Rules of Civil Procedures & Local Rules.

114657 The jail denying to Notarize my papers.

100754
## Court/Release Date
Submitted: 12/19/2025 4:22 PM

Complete
Processed: 12/27/2025 3:24 PM

JESSE VANG
Location: 2F / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Sgt OTT, please send me the forms, Federal Rule of Civil Procedure 15 & Civil local Rule 15. Thanks, Jesse.

**Responses**

Those are not forms that I am seeing on my computer under "COURT FORMS". Maybe this is something that needs to come from outside of here?
*CO-T Taddy @ 12/27/2025 3:24 PM*

102290
CO: General
Submitted: 1/15/2026 1:43 PM

Complete
Processed: 1/20/2026 8:13 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Can I get the Federal Rules of Civil Procedure & The Local Rules(L.R.). The pamphlet that I received from the Eastern District of Wisconsin reads that my institution will or should provide us with it. Thanks, Jesse ( this is my second time requesting for it, since the first one was denied for odd reasons).

**Responses**

FORWARD. 208
*CO Hecker @ 1/15/2026 2:02 PM*

I have spoken to you regarding this already
*LT Valukas @ 1/20/2026 8:13 AM*

102538
CO: General
Submitted: 1/19/2026 9:52 AM

Complete
Processed: 1/19/2026 9:59 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Lt. Valukus. When we spoke, I showed you where it states in the pamphlet that the institution should provide the Federal Rule of Civil Procedure and Local Rule. However, you responded with, that it would cost my 25 cents per page, and I should look for it on the Law Library on the tablet. Again, how do I find something I have no knowlegde of finding. I believe you should provide these documents as requested without charge to every inmate in need of it. You are just making this difficult for me to access a right of mines. I did try to look for it on the Law Library and can not find the Rules. Please make them available to us without charge. Thank You, Jesse.

**Responses**

It did not say your institution should provide; it stated something to fact of you can request from your institution. I'm paraphrasing but it did not say the institution will provide
*LT Valukas @ 1/19/2026 9:59 AM*

102539

Court/Release Date

Submitted: 1/19/2026 10:04 AM

Complete

Processed: 1/19/2026 10:17 AM

JESSE VANG

Location: 3C / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

( Note ) In the pamphlet I have it states ," Like everyone else, pro se litigants MUST comply with these rules (Federal Rules of Civil Procedure & Local Rules). Failure to comply to these rules may have serious consequences. Depending upon the circumstances, it is possible that you might lose your case if you do not comply with all the rules." This is why I need access to these rules, since I am pro se at the moment. And the institution needs to provide these rules. And free of charge in my belief. This jail has been in operation for over 30 years, they should be updated on these types of documents and matters, for it is our civil rights to have access to certain documents as an inmate even.

**Responses**

Already answered

*LT Valukas @ 1/19/2026 10:17 AM*

102542
CO: Copies
Submitted: 1/19/2026 10:35 AM

Complete
Processed: 1/20/2026 8:16 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please select what request is for:
I am requesting to have copies made. By submitting this form, I agree to have my account charged accordingly.

Additional Info:
Please forward to Lt. Valukus( I am using to tab because I have tried multiple times to have the jail contact cidnet to give us more access to the general request tab, for right now it is only one per 12 hours.) As to our conversation earlier today, I said, "How am I suppose to look up or find the Rules, if I am not a lawyer or have no knowledge of finding it, and you stated that," you were able to find and do all this ( referring to filing a civil lawsuit and get information on it), Im sure you can figure it out on the law library, and if you can not find it, we can go from there". The only way I knew of the 42 u.s.c. 1983 was through a book that your jail did not provide but some other inmate had it sent in. That book was in my possesion until I was sent to segregation and all of my books not belonging to me personally were " recycled " in the book carts. I have honestly never seen that book again in circulation. I can see how this jail makes it imposible to be sued.

**Responses**

Forwarded.
*CO TADYCH @ 1/19/2026 10:44 AM*

This is not the correct form. Please resubmit under the correct form.
*CO-T Taddy @ 1/20/2026 6:15 AM*

noted
*LT Valukas @ 1/20/2026 8:16 AM*

Manitowoc County Jail Notary

114657
Notary
Submitted: 7/19/2026 9:05 PM

Complete
Processed: 7/21/2026 4:01 PM

JESSE VANG
Location: 2F / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ I have a document that needs to be notarized.

**Responses**

Is this the document that you presented to Sgt Schmeichel?
*JA LaCrosse @ 7/21/2026 11:29 AM*

Correct, can
*Inmate @ 7/21/2026 12:01 PM*

Sgt Schmeichel informed us of the document, and it will not be something jail staff will be notarizing. You can reach out to your attorney.
*JA LaCrosse @ 7/21/2026 4:01 PM*

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave
Milwaukee, WI 53202

11 of 15

53202-458299

Exhibit J

| No. | Date | Type |
|---|---|---|
| 99816 | 12/3/25 | General |
| 99880 | 12/5/25 | General |

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

Memo: Asking the JA what a Staff Advocate does in particular.

| No. | Date | Type |
|---|---|---|
| 100093 | 12/9/25 | General |
| 100094 | 12/9/25 | Records |
| 101625 | 1/5/26 | Records |

Memo: Just days later my staff advocate can be seen on camera doing the Nazi Salute.

A document of the Nazi Salute incident dated 12/10/25.

99816
CO: General
Submitted: 12/3/2025 9:33 PM

Complete
Processed: 12/4/2025 6:13 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
JA Lacrosse-- Can you please explain to me what a staff advocate does exactly for an inmate who has been charged with a Major incident report? In the past, I have only had one advocate at my hearing, which was C/O Pooler, and prior to that specific hearing, no investigation was done on my behalf for a defense. I have gotten so tired of writing grievances against the misconduct and the violations of my due process that, I believe some of my hearings, I just waived them because I felt as though nothing will be done to help me at all. But, I believe I was not represented correctly by Pooler, because MCJ does Not train their staff correctly for representation. Pooler was only there to make sure 'I' understood the procedure of the hearing and my charges. I understand English and I dont need a interpreter, I need a advocate to help me do a full investigation, whether it take days, or months.

**Responses**

Forwarded
*SGT Smith @ 12/4/2025 6:13 AM*

You answered the question yourself. Advocates are available to help answer any questions you may have regarding the hearing. They are not there to do an investigation for you. You have the right to call witnesses as well.
*JA LaCrosse @ 12/4/2025 9:53 AM*

99880
CO: General
Submitted: 12/5/2025 5:59 AM

Complete
Processed: 12/5/2025 8:30 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To JA Lacrosse--Reply to last message-- You are correct we can call witnesses, but I needed an investigation done, as in reviewing video, interviewing witnesses, and other things to build my defense to validate my claims and prepare me for the hearing(s). That is what I believe a Staff Advocate does. PER DOC 350.24 (3)Discipline for a major violation (d) (4) if the inmate is illiterate or the issues are complex, the inmate has the right to a staff advocate or adequate substitute aid to assist him in UNDERSTANDING and PREPARING A DEFENSE. ----(note) , DOC 350.24(d)(8)(e) A waiver does not constitute admission of the alleged violation.

**Responses**

Message forwarded to Major LaCrosse.
*CO Stevenson @ 12/5/2025 6:31 AM*

Noted.
*JA LaCrosse @ 12/5/2025 8:30 AM*

100093

CO: General

Submitted: 12/9/2025 6:11 AM

Complete

Processed: 12/9/2025 9:57 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

JA Lacrosse-, I suggest you view the video of yesterday, 12/8/25, during headcount around 11pm, C/O Pooler, once my staff advocate, can be seen saluting the Hitler salute to a black inmate named des after des waved to pooler. Please hold your officers accountable for these types of nonsense behavior, as it is unprofessional and rascist, even if he has German heritage.

**Responses**

the matter is being looked in to

*LT Valukas @ 12/9/2025 9:57 AM*

100094

Records Release of Jail Information

Submitted: 12/9/2025 6:52 AM

Complete

Processed: 12/9/2025 9:50 AM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.

Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.

Ok

RECORDS REQUESTED:

Please save video footage of C/O Pooler doing the Hitler Salute in 2E on december 8th, 2025 from 1030pm-1145pm. As for relation to my discrimination lawsuit. Thanks, Jesse.

DATE OF OCCURANCE(S):

12/8/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.

Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.

Ok

**Responses**

This matter is being looked in to

*LT Valukas @ 12/9/2025 9:50 AM*

101625

## Records Release of Jail Information

Submitted: 1/5/2026 11:56 AM

Complete

Processed: 1/6/2026 7:40 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Video footage of C/O Pooler doing what looks like the Nazi Salute on 12/08/25 from 1030pm- 1145pm, in 2E.

DATE OF OCCURANCE(S):
12/08/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
Please save video. This is the 3rd time. I have requested this with no direct reply.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

completed
*LT Valukas @ 1/6/2026 7:40 AM*

COPY

E

**Date:** 12/10/2025

**Time:** 1155-1205

**Place:** Interview Room 142

**Topic:** Actions of CO Pooler during head count on 12/8/2025 in 2E block

**Subject:** Contains bullet points of the conversation between McWilliams, Desmond and Lt Valukas

**Report**: Prepared by Lt. Valukas at the request of Desmond McWilliams

On December 10th 2025, at approximately 1155 hours, I Lt Valukas spoke with Travis Desmond McWilliams in room 142 of the Manitowoc County Jail. I asked McWilliams to provide me additional information regarding the interaction of CO Pooler and the block during his head count on 12/08/2025. McWilliams stated that as Pooler was completing his headcount, and he made a gesture towards Pooler which would be consistent with see you later. McWilliams stated before Pooler left the block, he returned a hand gesture towards him as to say "bye", however this gesture was done with a straight arm and straight wrist, similar to a Nazi salute. This gestured create a reaction from Besaw and others in the block. When asked, McWilliams stated that he did not take this to be a racist gesture or disrespectful towards him in any way. McWilliams went on to say that Pooler has never made any racist or derogatory comments towards him or others in the past. McWilliams stated that he found this funny in the moment and believed the gesture from Pooler was not made with any other intent but to say "see you later"

Above report was read and approved by McWilliams, Demond x: Desmond [signature] Date 12-12-25

COPY

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

12 of 15

53202-458299

# Exhibit K

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

| No. | Date | Type |
|---|---|---|
| 96647 | 10/14/25 | Records |
| 96797 | 10/16/25 | Records |
| 97690 | 10/29/25 (11:18 am) | Records |
| 97729 | 10/29/25 (7:51 pm) | Records |
| 97751 | 10/30/25 | Records |
| 97830 | 10/31/25 | General |
| 98296 | 11/7/25 (11:57 AM) | Records |
| 98337 | 11/7/25 (9:48 pm) | Records |
| 100184 | 12/10/25 | General |
| 101003 | 12/24/25 | General |

Memo: extra records to be saved as proof

96647
## Records Release of Jail Information
Submitted: 10/14/2025 4:29 PM

Complete
Processed: 10/15/2025 8:33 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Video footage on 10/13/25-10/14/25 pm shift 2nd floor, 2E. Complete block. Please save footage for incident on discrimination against me.

DATE OF OCCURANCE(S):
10/13-10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

You do not currently have the $15 on your account to complete this request. Please resubmit when the funds are available.
*JA LaCrosse @ 10/15/2025 8:33 AM*

Page 33

96797

## Records Release of Jail Information

Complete

**Submitted: 10/16/2025 4:11 PM** Processed: 10/20/2025 8:43 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
If I paid for a flash drive, will I be able to review my own footages, and Can I request more than one day of footage , as long as I have space on my flash drive? or is it 15 dollars per day of fooatge save?

DATE OF OCCURANCE(S):
7/7/25 and 10/13/25- 10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
I have multiple days of footage I'd like to be saved. I want to know the total cost of everything.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

Per WI Code 19.35(1am)(2), jail video is not subject to release via open records. If there is video that may be needed for future legal reasons, you can request it be saved. Any request must be specific in dates and times.
*JA LaCrosse @ 10/20/2025 8:43 AM*

Page 32

97690

## Records Release of Jail Information

Submitted: 10/29/2025 11:18 AM

Denied

Processed: 10/29/2025 11:45 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.

Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.

Ok

RECORDS REQUESTED:

Please save me the days for 7/7/25 from 6am - 12pm(noon), from cameras in 3f, and the hallway, and elevator. ( For incident report I recieved from C/O shulander) -----Also I'd like you to save the video footage of 10/13/25-10/14/25 from 2E. all cameras from 2E, from times 10/13 @9pm- 10/14 @2am. Thanks, Jesse vang.

DATE OF OCCURANCE(S):

7/7/25 & 10/13/25 & 10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

please put it all on one flashdrive for me to be ready to send out to my attourney.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.

Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.

Ok

**Responses**

Jail video is not subject to open records requests. Video can be saved for legal purposes and subpoenaed if needed. Only video footage within the last 30 days and must be specific times and dates narrowed down. 9PM-2AM is too broad of a timeframe.

*JA LaCrosse @ 10/29/2025 11:45 AM*

Page 34

97729
Records Release of Jail Information Complete
Submitted: 10/29/2025 7:51 PM Processed: 10/31/2025 1:37 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
please save the video footage of an incident on 10/13/25 @ 2220 -2355. And 10/14/25 @0001-0100. I will need it for future lawsuit of discrimination against me for proper attire. Thank you. I agree to be charged 15 dollars for a flash drive and saved. I need the footage from 2nd floor E Block, of me getting out of the shower until Sgt. Taddy does a walk through for head count.

DATE OF OCCURANCE(S):
10/13/25- 10/14/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
Please talk directly with me because it seems as though we are miscommunicating from text, if you do not understand what I need, or if there is another reason you can not save these video footages. ( I say this because there is no rule instructions on how to proceed with these kinds of requests from records, since in the other last message JA lacrosse stated that he or they can only save the last 30 days, which I had no clue, now I can never prove my case on 7/7/25, since this discrimation has been an ongoing issue).

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

**Responses**

Thank you for the information, I will save the footage
*LT Valukas @ 10/31/2025 1:37 PM*

Page 35

97751
## Records Release of Jail Information
Submitted: 10/30/2025 11:40 AM

Pending
Processed:

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.
Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.
Ok

RECORDS REQUESTED:
Can you please print out the requests on these days and times? (grievance 1) 10/14/25 @341, @354, @406, @418, @425pm, (grievance 2) 10/14/25 @823pm, (grievance 3 ) 10/16/25 @426,@432, @443, (records requests) 10/14/25 @ 429, 10/16/25 @411, 10/29 @ 1118am, & @ 751pm. For a total of 13 requests. I agree to be charged for all pages needed printed. Jesse vang

DATE OF OCCURANCE(S):
listed.

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)
Needed for future legal reasons.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.
Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.
Ok

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

13 of 15

53202-458299

# Exhibit L

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

| No. | Date | Type |
| --- | --- | --- |
| 97785 | 10/30/25 | General |
| 98501 | 11/10/25 | General |
| 98796 | 11/15/25 | General |
| 100798 | 12/20/25 | General |
| 122566 | 10/25/26 | General |

Memo: Relating to old messages and having No Access to these messages until recently as of 10/20/26.

97785
CO: General
Submitted: 10/30/2025 7:28 PM

Complete
Processed: 10/31/2025 10:57 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Sgt on duty., Is there any possible way I can view my old requests, since I can only go back 5 pages and about 8 message are on each page. Can you view it on your end?

**Responses**

I am checking with the kiosk vendor, awaiting their response.
*SGT Adleman @ 10/31/2025 7:34 AM*

Their response is:" The inmates are only able to access the last 90 days of submitted forms." If you would need anything prior, officers can copy and paste the information to your notifications
*SGT Adleman @ 10/31/2025 10:57 AM*

Page 28

98501
CO: General
Submitted: 11/10/2025 9:57 PM

Complete
Processed: 11/10/2025 10:05 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Sgt. Schmicheal- Can you please check.if I have any grievance 2 and or grievance 3 from 5/7/25 -5/21/25? if so can you give me the times and dates on them. Thanks, Jesse.

**Responses**

THERE IS ONE ON 5/9 AND YOU WOULD HAVE TO PUT A RECORDS REQUEST IN FOR IT.
*SGT Schmeichel @ 11/10/2025 10:05 PM*

98796
CO: General
Submitted: 11/15/2025 8:40 PM

Complete
Processed: 11/15/2025 9:59 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Sgt., Do I have a grievance 2 & 3 for the grievance form on 5/6/25? If so, please provide me the EXACT time and date so I can request it from records. Thanks.

**Responses**

JUST PUT IN THE RECORDS REQUEST THE DATE I GAVE YOU EARLIER THIS WEEK WHEN THOSE GRIEVANCES WERE PLACED AND WHAT YOU WOULD LIKE A COPY OF.
*SGT Schmeichel @ 11/15/2025 9:59 PM*

100798

**Accounting: General** — **Complete**

Submitted: 12/20/2025 5:09 PM — Processed: 12/21/2025 12:16 AM

JESSE VANG
Location: 2F / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

Please notify your Cidnet representative and tell them to add more characters per request tab and add more tabs per day. We can only access one request(general) per 12 hours. Thank You 2E.

**Responses**

This will be passed on.
*CO Nelson @ 12/21/2025 12:16 AM*

122566

CO: General

Submitted: 10/25/2026 4:03 PM

Complete

Processed: 10/26/2026 1:49 PM

JESSE VANG

Location: 2F / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

When were we able to acces all of our requests? When did you guys make these changes. If you do not know the answer please ask Cidnet. (it was after 2026).

**Responses**

THIS WAS THE RESPONSE BACK FROM CIDNET. "It was a recent update that allowed inmates see more of their forms compared to the 30 days they were able to see before."

*CO Jacobs @ 10/26/2026 1:49 PM*

# Exhibit M

| No. | Date | Type |
| --- | --- | --- |
| 104613 | 2/18/26 | General |

Memo: Requesting to be transferred out of the Manitowoc County Jail.

104613
CO: General
Submitted: 2/18/2026 9:30 AM

Complete
Processed: 2/19/2026 8:04 AM

JESSE VANG
Location: 3C / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To Sheriff Daniel Hartwig, Second Sheriff Orth, Majors Lacrosse, Cummings, Hayes, and Luetinents Valukus and Manchestski, My name is Jesse Vang and I am requesting to be transefered to either Kawaunee County or Fond Du Lac County jail to be housed until my trial. I have been here 2 years and as you all know there has been enough conflict between staff and I. We can save the details, but I was just recently hospitalized by a switch of medication of a new antibiotic I have never took, and had an allergic reaction. I dont feel safe here in this jail, nor secured from your staff. I am no harm to myself nor anyone. I just think its best I be transfered. Please talk amongst your team and let me know if this is an option we all can agree upon. Thank you for your time, Jesse.

**Responses**

Contact your attorney with this request.
*JA LaCrosse @ 2/19/2026 8:04 AM*

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Clerk of Courts
U.S. District Court
Eastern District of Wisconsin 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

53202-458299

15 of 15

U.S. District Court
Wisconsin Eastern
NOV 09 2026
FILED
Clerk of Court

# Exhibit F

| No. | Date | Type |
| --- | --- | --- |
| 99348 | 11/24/25 (5:43 am) | General |
| 99419 | 11/24/25 (8:43 pm) | General |
| 99479 | 11/26/25 | General |

Memo: Request to JA Lacrosse about why certain inmates are not disciplined when they caused major incident reports or are shown lieney or not disciplined at all under Sgt. Taddy's shift.

100077 & Incident Report on Travis Besaw

* The incident report was not issued on 12/7/25. It was issued on 12/9/25, past 24 hours of the Cell Search, and after the message that was sent on 12/8/25 @ 7:29 pm.
I was sure to wait 24 hours, per handbook rules states minor incidents must be written with-in 24 hours.

100083 request to save video as proof.

99348

CO: General

Submitted: 11/24/2025 5:43 AM

Complete

Processed: 11/24/2025 9:04 AM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To JA Lacrosse- (note) I would like a valid explaination why an incident last week where Dustin Duby pushed an inmate and was ready to fight , and C/O niedl was on duty and Sgt. Taddy was on the floor also and nothing was done about it, not even a written warning, also , inmate balongie hits inmate klien, and you allow balongie back into the same unit , only after getting 24 hours in segregation. Yet, I get 10 days for 3 minors, steming from proper attire. I didnt hit no one, nor push no one, nor in my defense never disrespected staff until after I was threatened to be thrown in the hole for 'disobeying' an order. This jail seems to do things backwards and/or seems to play favoritism.

**Responses**

Noted.

*JA LaCrosse @ 11/24/2025 9:04 AM*

99419

CO: General

Submitted: 11/24/2025 8:43 PM

Complete

Processed: 11/25/2025 8:54 AM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To JA Lacrosse- ( reply from last request)--Sir, I would like a professional explaination from last message please. I can only write you one request per 12 hours. I'd like to know too how is it that not wearing my uniform at 7am could be so serious that caused me a total of 10 days in segregation, yet , someone pushed another inmate and the inmate were seperated for 30 minutes and no write ups were given, and also Balongie hitting Klien would only get 24 hours and put back into the same block.-- From my write up around 5/6/25 for the extra tshirts and few extra socks, again, lead to your staff provoking specific inmates to hopefully we act up and get more minors to their agenda of giving a major to who they prefer. (add to top, at 7am, I was walking to use the bathroom quickly).

**Responses**

I will not address issues concerning other inmates with you.

*JA LaCrosse @ 11/25/2025 8:54 AM*

99479
CO: General
Submitted: 11/26/2025 5:34 AM

Complete
Processed: 12/1/2025 8:04 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To JA Lacrosse-- I understand you can not discuss other inmates situation with me, all Im saying is those fights did happen and they were given lenient disapline, so for future reference, I would like the same treatment from your jail. Because everytime I have gotten a disapline report and had a hearing, and said in my defence that, if the staff is going to be by the book , then charge everyone the same, not at their discretion, but I was told everytime at these hearings that I broke the rules,and that was that. ' Well, then enforce the rules on everyone'. --Just so you know too,I have been here for almost 2 years, and I have done a fair share on years being incarserated, and I have never, rarely seen inmates disrespect staff unless provokes or because staff abuses their power. No inmate wants to fight or disrepect a c/o. They rather fight another inmate , because we all know that the charge for battery to a peace officer is far greater than battery to an inmate.

**Responses**

Noted.
*JA LaCrosse @ 12/1/2025 8:04 AM*

# Manitowoc County Jail

CO: General

100077
CO: General
Submitted: 12/8/2025 7:29 PM

Complete
Processed: 12/10/2025 10:52 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

To JA Major Lacrosse--- Please save video footage on Sunday, December 7th, 2025. I need this for a record for my discrimination lawsuit, from 9am-11am, 2E, Shake down or cell search. On that day, each and everyone of our bunks and its areas were being searched for contraband. A fellow inmate named Travis Besaw had mentioned to all of us that he had 18 bedsheets, and will probably be going to the segregation. (Please review video for confirmation/ and save it so I can view it also at a later time with my lawyer). At 230 after his trustee work shift, Travis mentioned that, the sergeant on duty was going to speak to him before 6pm(Shift Change). You can see in the video that Travis did not make his bed area until after 6 because he thought he was going to the hole. But nothing was done or no one said anything to him.--Under DOC 350.24(3)(b) A staff member who observes an inmate commiting a Major violation shall submit a written report to his or her supervisor within24hours of the incident

**Responses**

FORWARDED
*CO Moder @ 12/8/2025 7:47 PM*

This will be looked into.
*JA LaCrosse @ 12/10/2025 10:52 AM*

# MANITOWOC COUNTY JAIL
# INMATE REPORT

**DATE: 12/7/2025**

**TIME:** 1030

**REPORT OFFICER:** SGT L.REETZ 110

**VIOLATION LITERAL: RULE VIOLATION**

**LOCATION: BLOCK**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):** BESAW, TRAVIS

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE: INMATE**

**INVOLVED PERSONS (LAST NAME, FIRST MIDDLE):**

**PERSON TYPE:** Choose an item.

**ACTION TAKEN: 24 HOUR LOCKDOWN**

| **REMARKS:** | A22 Violation of Linen |
|---|---|
| NARRATIVE: | On 12/07/2025 I, Sgt Reetz while working as shift supervisor of the Manitowoc County Jail conduct a block search of 2E block. While conducting a search of buck 2E22. I found that inmate Besaw Travis was in possesion of numerous additional sheets. The total number of sheets equaled 16. The 14 additional sheets are a rule violation and are considered contraband. Inmate Besaw will be given 24 hours discipline to be served on 12/13/2025 starting after his kitchen shift. LCR |
| SUPPLEMENT: | |

**REVIEWING OFFICER:**

100083

Records Release of Jail Information

Submitted: 12/8/2025 8:08 PM

Complete

Processed: 12/15/2025 10:36 AM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

*** PROCEED WITH THIS REQUEST ONLY IF REQUEST IS JAIL RELATED. *** Complete a paper request for MEDICAL, AUDIO/VIDEO, or any NON-JAIL RELATED records.

Ok

BEFORE SUBMITTING REQUEST, YOU MUST HAVE ENOUGH FUNDS IN YOUR ACCOUNT to request these documents & I AGREE to have my Jail Account charged accordingly: $0.25 per page, $10 per CD/DVD, or $15 per Flash Drive. If I am released before receiving requested records, my request will be closed & I will need to submit a new paper request with the Manitowoc County Sheriff's Office.

Ok

RECORDS REQUESTED:

Video footage of shakedown in 2E on Sunday, December 7th, 2025. 9am-11am.

DATE OF OCCURANCE(S):

12/7/25

ADDITIONAL DETAILS OF REQUESTED INFORMATION: (OPTIONAL)

Need as proof, staff is picking abd choosing who they want to send to segregation.

We are required by state law to inform you that this determination is subject to review by mandamus under S. 19.37 (1) Wisconsin Statutes or upon application to the attorney general or a district attorney.

Ok

Information may not be allowed in the block if it involves a safety and/or security issue while incarcerated at the Manitowoc County Jail.

Ok

**Responses**

Request Received.

*JA LaCrosse @ 12/15/2025 10:36 AM*

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
6 NOV 2026 AM 2 L




Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

8 of 15