JPS 25cv1892

# Manitowoc County Jail

# Grievance: [Step 1] Initial Complaint

U.S. District Court
Wisconsin Eastern
NOV 10 2026
FILED
Clerk of Court

96645

**Grievance: [Step 1] Initial Complaint**

Submitted: 10/14/2025 4:25 PM

Complete

Processed: 10/14/2025 6:49 PM

**JESSE VANG**

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Taddy and neidel

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
Conlusion on grievance. --- I didnt want to write this grievance in fear of staff retaliating against me, by writing up these inmates or doing a group punishment, which would cause further issues between me and the other inmates or me being targeted more by staff. I dont disrepsect staff I deserve the same back and If staff is going to do their job, dont pick and choose who they want to send to segregation or write up.

State how you feel this INITIAL COMPLAINT should be resolved:
Same, 5days suspension without pay for Sgt. Taddy and Taddy and neidl both take a discrimination class.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 22

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*

96668
Grievance: [Step 2] Formal
Submitted: 10/14/2025 8:23 PM

Complete
Processed: 10/16/2025 11:29 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Date of the incident:
10/13/2025

State your DETAILED grievance below:
I understand I did not have a uniform on, I clearly stated that I had just got done showering. Im not denying that I was wearing a uniform, Because I wasnt, I just dont like the fact that I was the only one called out on it. Basically, again, you're saying that others are ok as long as they wear a uniform, which ever way, even shirtless, And thats perfectly ok with me if Sgt. taddy wants to start writing everyone up for not having on a uniform properly, or as code, proper attire. I did not get written up because I believe Sgt.Taddy knew he was in the wrong. And he did not tell anyone besides me to put on a uniform until I addressed that he must only like to tell me to wear my uniform. Grievance stands, because discrimination was confirmed by his own words. Please do, start writing everyone you may or may not see up. For I already went to segregation for 10 days that started with me not having a uniform.Again, many inmates do this. All you have to do is review footage of everyday.

State how you feel this grievance should be resolved:
Same, Sgt.Taddy 5 days suspension, and both Taddy and neidl take discrimination classes.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 2] Formal Request.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

You summed this up correctly at the beginning of the grievance. You were addressed for your violation of not having your uniform on. This was not a discipline report or even a written warning, Sgt Taddy address the situation and moved on. Denied
*LT Valukas @ 10/16/2025 11:50 AM*

Page 23

## 9. PERSONAL HYGIENE

A. Uniform and Sandals:

- Properly fitted & properly worn uniforms are to be worn when outside the sleeping area or your cell. (This means your arms must fully extend through the arm holes and the uniform must be up and over the shoulders) It is at an officer's discretion to issue an alternate size, should uniform not comply with this policy.
- Uniforms are to be properly worn & buttoned up when using block kiosk, receiving meals or when exiting the cellblock.
- Uniforms are allowed to be worn at the waist with a T-shirt properly worn as to not show your chest/shoulders when you are behind the half wall in the dorm style blocks or inside your cell in the lockdown blocks. This will be considered acceptable attire when submitting a request via tablet.
- Uniforms will remain unaltered.
- Uniform legs may be cuffed up to the ankle if they are too long.
- Uniform collars are to be worn on outside.
- No items worn outside of the uniform. (Ex. Religious symbols or clothing).
- No altering of sandals in any way.

Violations of these rules may result in disciplinary action, confiscation and/or charges.

No items placed in or through parts of your body. (Ex. comb pieces, staples, garbage bag or others.)

Page 24

B. Uniform Exchange:

- Uniform exchange is on Tuesday and Saturday after dinner and before lights out. Uniform exchange announced prior to exchange. Once announced, you are required to be at the door ready for the exchange.
- Immediately after receiving uniform, you should inspect it for correct size, damage or alterations. You are responsible for the condition of the uniforms issued to you during your stay here.
- If the uniform you turn in is damaged or altered in any way you will be held responsible for its repair or replacement.

C. Linens:

Linen exchange announced prior to the exchange on Monday and Thursday after dinner and before lights out. Any knots tied in the linens need to be removed prior to exchange. You are required to get your items ready and be at the cell door for exchange. These will be the only times and days for linens. Bedding, mattresses or any other items not used for intended purpose is a violation & may result in discipline.

96799

Grievance: [Step 3] Appeal

Submitted: 10/16/2025 4:26 PM

Complete

Processed: 10/20/2025 12:16 PM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:

10/13/25-10/14/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:

Reply to grievance 2. -- Again, This grievance is not about if I gottl a incident report or not, I clearly stated that I did NOT get a incident report. This grievance is about Discrimination against me by staff. If, LT. Valukus viewed the footage that night and did an investigation by asking the people invovled, which I assume he did, He would find my accusations accurate. I dont appreciate being targeted by my race, my case, or creed, nor by any other reasons, as staff should be professional, and non-biased towards us prisoners that are still waiting trial. NOTE---Disciplinary Action code #A16 Proper Attire means uniforms not worn as referenced in Rule Book under uniform & sandles. Under Chapter 9, personal hygiene, sect A. Uniform & Sandles- " Properly fitted & properly worn uniforms are to be worn when outside the sleeping area. (This means your arms must fully extend through the arm holes and the uniform must be up and over the sholders)". "Uniforms are allowed to (continue)

State how you feel this grievance should be resolved:

Same as 1 &2.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

Page 25

**Responses**

Answered.

*JA LaCrosse @ 10/20/2025 12:16 PM*

96801
Grievance: [Step 3] Appeal
Submitted: 10/16/2025 4:32 PM

Complete
Processed: 10/20/2025 12:16 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
10/13/25-10/14/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
Continue from grievance 3 , page 2--- " Uniforms are allowed to be worn at the waist with a t-shirt properly worn as to not show chest/sholders when you are behind the half wall in the dorm style blocks". " Uniforms are to be properly worn & buttoned up when using block kiosk, recieving meals, or when exiting the cell block".

State how you feel this grievance should be resolved:
Same, 5 days suspension for Sgt.Taddy and both him and Neidle take a class on discrimination.

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

Answered.
*JA LaCrosse @ 10/20/2025 12:16 PM*

Page 26

96804
Grievance: [Step 3] Appeal
Submitted: 10/16/2025 4:43 PM

Complete
Processed: 10/20/2025 12:15 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ You must have submitted an Initial Complaint Form [Step 1] & a Formal Grievance Form [Step 2] AND received a response to BOTH before you can submit a Grievance: [Step 3] Appeal Form. I acknowledge the first 2 steps have been completed. I am filing an appeal [Step 3] with jail administration within 2 calendar days of the formal grievance disposition.

Incident Date:
10/13/25-10/14/25

Explain in DETAIL the reason you are filing this Grievance: [Step 3] Appeal:
I was the only one called on the intercom not once but twice with-in a 2 hour period this night. I guess every other time staff must of been busy or "did not " see any other inmates do the same things as to not wearing proper attire. Even though Sgt. Taddy stood in the middle of the block chatting with Ryan with no shirt on and des with his uniform folded at waist. You may not believe me, and Sgt. Taddy can deny these accusations all he wants, but the Cameras do not lie. (page 3 of grievance 3)

State how you feel this grievance should be resolved:
Same as grievance 1 & 2. Sgt. Taddy suspended for 5 days without pay, and him and neidl take a class on discrimination

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: [Step 3] Appeal Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED – WITHDRAWN

**Responses**

You had your uniform down....and were verbally addressed by Sgt Taddy, which did not lead to any further disciplinary action. In the future, please make sure you are following jail rules to avoid any issues. Grievance unfounded.
*JA LaCrosse @ 10/20/2025 12:15 PM*

Page 27

Exhibit E

| No. | Date | Type |
|---|---|---|
| 98795 | 11/15/25 | Accounting |
| 98819 | 11/16/25 | Accounting |
| 99032 | 11/19/25 (12:27pm) | Accounting |
| 99069 | 11/19/25 (8:06 pm) | Accounting |
| 99480 | 11/26/25 | Accounting |

U.S. District Court
Wisconsin Eastern
NOV 10 2026
FILED
Clerk of Court

Memo: Message requests to Accountant about a manilla Envelope she should be receiving soon to be stamped by her.

The envelope was Addressed to the U.S. Clerk of Courts 517 Wisconsin Ave, Milwaukee.

My envelope was almost lost because she did Not put postage on it.

Was it done on purpose? If I had access to the mail room I would Know.

If that envelope had been lost, my lawsuit would of never been filed.

Again, these are types of discrimination I have to deal with at this jail.

98795
Accounting: General
Submitted: 11/15/2025 8:16 PM

Complete
Processed: 11/17/2025 10:20 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
Please send my manilla envelope out with the correct postage. Gave envelope to c/o. I agree for the charges of postage. Jesse

**Responses**

WILL GO IN MAIL 11/18/25
*T Hammerschmidt @ 11/17/2025 10:20 AM*

98819
Accounting: General
Submitted: 11/16/2025 11:44 AM

Complete
Processed: 11/17/2025 10:19 AM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
The address to the manilla envelope is 517 wisconsin ave milwaukee, WI 53202. Thanks, let me know how much it is please. Thanks, Jesse.

**Responses**

$4.44
*T Hammerschmidt @ 11/17/2025 10:19 AM*

Manitowoc County Jail

Accounting: General

99032
Accounting: General
Submitted: 11/19/2025 12:27 PM

Complete
Processed: 11/19/2025 12:30 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:
MS. Hammersmidt, my manilla envelope got returned to me with no postage. I thought you already charged me 4.44. if you havent then please take out my hair gel and charge me 4.44. thanks

**Responses**

I CHARGED YOUR ACCOUNT ALREADY. OUR COUNTY MAIL IS PROCESSED IN COMBINED MAIL ROOM, SO I AM ASSUMING IT MISSED THE POSTAGE MACHINE. I DID INFORM THEM OF THE MISHAP AND WILL GET IT OUT ASAP. THANKS FOR UNDERSTANDING
*T Hammerschmidt @ 11/19/2025 12:30 PM*


Case 2:25-cv-01892-JPS Filed 11/10/26 Page 10 of 17 Document 25

99069

Accounting: General

Submitted: 11/19/2025 8:06 PM

Complete

Processed: 11/20/2025 7:53 AM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

Can you verify that they put postage and let me know. Thanks? Also, who does the mail? I thought you did and the mailman just picks up the mail?

**Responses**

I DO THE MAIL, BUT WE HAVE ONE POSTAGE LOCATION, SO IT IS INTEROFFICED TO THAT LOCATION. IT WILL BE POSTAGED.

*T Hammerschmidt @ 11/20/2025 7:53 AM*

99480

Accounting: General

Submitted: 11/26/2025 5:38 AM

Complete

Processed: 11/26/2025 7:44 AM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

Please describe the nature of your request in as much detail as possible:

Please do not ever forget to postage my envelopes, and try to loose my mail again in the future.

**Responses**

IT WAS NOT DONE ON PURPOSE & I PERSONALLY DO NOT DO THE POSTAGING.

*T Hammerschmidt @ 11/26/2025 7:44 AM*

U.S. District Court
Wisconsin Eastern
NOV 10 2026
FILED
Clerk of Court

# Exhibit D

| No. | Date | Type |
|---|---|---|
| 96640 | 10/14/25 (3:41) | Grievance 1 |
| 96641 | 10/14/25 (3:54) | Grievance 1 |
| 96642 | 10/14/25 (4:06) | Grievance 1 |
| 96644 | 10/14/25 (4:18) | Grievance 1 |
| 96645 | 10/14/25 (4:25) | Grievance 1 |
| 96668 | 10/14/25 (8:23) | Grievance 2 |
| 96799 | 10/16/25 (4:26) | Grievance 3 |
| 96801 | 10/16/25 (4:32) | Grievance 3 |
| 96804 | 10/16/25 (4:43) | Grievance 3 |

Grievance 1-3 is for Sgt. Taddy's behavarior towards other inmates differ from mines.

96640

Complete

Grievance: [Step 1] Initial Complaint

Processed: 10/14/2025 6:49 PM

Submitted: 10/14/2025 3:41 PM

JESSE VANG

Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt. Taddy, c/o niedl

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
On 10/13/25 around 1040-1115, (before sgt.Taddy and trainee Avery came into 2E to do a head count), I was combing my hair(from a shower at 1020pm-1032pm), when Sgt taddy called on the intercom," Vang put on your uniform"( At this moment i only had on a thermal button and a tshirt on, the inmate named Des was brushing his teeth next to me with his uniform on halfway up and the top folded down),(please view camera),So I went to go put on my uniform halfway up like des and continued what I was doing. Not more than 3 minutes later an inmate by the name of Travis jumps off his bunk and walked in tshirt and thermal bottom to go use the bathroom, no staff said a thing to travis( Travis is 6'4-6'5 , and Im 5'1)..(continue on page 2)

State how you feel this INITIAL COMPLAINT should be resolved:
Sgt Taddy suspended without pay for 5 days, and both staff take a class on discrimination

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 18

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*

Manitowoc County Jail

Grievance: [Step 1] Initial Complaint

96641
Grievance: [Step 1] Initial Complaint
Submitted: 10/14/2025 3:54 PM

Complete
Processed: 10/14/2025 6:49 PM

JESSE VANG
Location: 2E / Commons
Identifier: 17451
Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Taddy and Neidle

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
(Continue page 2), while Sgt.Taddy and Avery came in to do a count, I could hear Sgt. Taddy talking to two iinmates, des, (still in same folded uniforn) and ryan with no shirt on and uniform folded down at waist, Sgt. Taddy never told either of them to put on their uniform. As Sgt. taddy and avery started to walk towards my sidefor count, i asked Sgt.Taddy, " You must only want me to put on my uniform". Sgt taddy replied,"yea you dont have your oranges on", I then said" Tell me what you think proper attire is?" while pointing out the des is behind him with no uniform up, and ryan as he was walking past with no shirt on. And adding" so as long as I have my uniform halfway up and i can be shirtless?". (Inmate Hock said" someone just went to go use the BR wearing the exact same thing and you didnt even say anything to him, which Taddy replied,' oh, maybe i didnt see him'). At this point Sgt.Taddy proceeded to walk out of the unit and saying to ryan, (continue to page 3).

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 14

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*

96642

Grievance: [Step 1] Initial Complaint

Submitted: 10/14/2025 4:06 PM

Complete

Processed: 10/14/2025 6:49 PM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:

10/13-10/14/25

Was a Staff Member Involved?

YES

IF "YES", please provide name(s):

Sgt.Taddy and neidle

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):

(continue page 3). Sgt. Taddy says to ryan, ' next time have a shirt on, and to des to put on his uniform'. Inamtes Hock, yang, ryan shroeder, rob in bunk next to me, dustin doobie, travis are all witnesses to this discrimination act from Sgt. Taddy. Ive been saying this over and over that I am being singled outby staff, which no one seemd to care or investigate my suspicions, making it seem as though Im paraniod. The last incident about me not having proper attire the same thing happened. Other inmates did the same yet I was told I was being disrespectful and provoked me to call shulander names because of the injust, which led to 10days in segregation, (note that a physical fight in the past has gotten other inmates less time in seg). I dont appreciate the discrimination from staff. I dont even mess with staff nor talk crap to them while they walk through,all i do is play cards and stay focused on my case. I dont deserve being discriminated against. This is causing me a lot of stress.

State how you feel this INITIAL COMPLAINT should be resolved:

Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*

Page 20

96644

Grievance: [Step 1] Initial Complaint

Submitted: 10/14/2025 4:18 PM

Complete

Processed: 10/14/2025 6:49 PM

JESSE VANG

Location: 2E / Commons

Identifier: 17451

Birthdate: 11/4/1984

**Fields**

☑ This Initial Complaint Form is being submitted within 7 calendar days from the date of my incident.

☑ This Initial Complaint only addresses one issue. (An Initial Complaint Form with multiple issues faces denial. You may file multiple Initial Complaints if you have multiple issues.)

☑ This Initial Complaint involves an issue concerning my health or personal welfare; address a rule, procedure, or other aspect of facility operations that affects you; or allege misconduct by an employee that personally affects me. This may include classification, discipline, abuse, or an allegation of a violation of your civil rights. (Issues dealing with court, your attorney, probation/parole decisions or issues regulated by law/codes are not grievance related jail issues.)

Date of Incident:
10/13-10/14/25

Was a Staff Member Involved?
YES

IF "YES", please provide name(s):
Sgt.Taddy and neidel

Describe in DETAIL the one issue that concerns you. Please include the names of witnesses (if there were any):
(Notes added), when the trustee came back from house keeping, he was walking around with des (view cameras) in the dayroom wearing the same as I was. Then about 10-15 minutes past and Hock got up to go use the BR with his uniform half rolled down, No one said a thing to Hock, I then went to go use the BR and decided to bruah my teeth, when Neidel calls in for me to wear my uniform all the way up. I did not at this time for I knew I was being singled out and if I was to get a disaplinary report that would be ok because, staff is only targeting me. About less than 20 minutes later, John Barnes and that same trustee both got up to go use the bathroom and nothing agian was said to either. Lincoln Klien went to go get a game on this side of the dayroom, and travis again went to use the BR, no one has said anything to anyone but me. (cont)

State how you feel this INITIAL COMPLAINT should be resolved:
Same

☑ If you are released while a complaint, grievance or appeal is pending; the matter will be deemed resolved by your release unless you make a written request for a response within two calendar days of your release.

☑ By hitting submit, I am electronically signing this Grievance: Initial Complaint Form.

☑ I understand the response to this grievance will include one of the 7 DISPOSITIONS defined in my inmate handbook: AFFIRMED - DENIED - REJECTED - RELEASED - UNSUBSTANTIATED - UNFOUNDED - WITHDRAWN

Page 21

**Responses**

WE ARE NOT ABLE TO CATCH EVERY INSTANCE OF INMATES NOT HAVING THEIR UNIFORMS ON PROPERLY BUT I FEEL LIKE I DO BETTER THAN MOST. YOU BROKE THE RULES AND I TOLD YOU TO FOLLOW THE RULES. I CONSTANTLY AM ORDERING INMATES TO PUT THEIR UNIFORMS UP. YOU HAD NO UNIFORM ON AT ALL ANT THE OTHERS DID EVEN IF THEY WERE AT THEIR WAIST. THIS WOULD NOT BE AN ISSUE BUT YOU ARE CONSISTANYLY TRYING TO WALK AROUND WITH NO UNIFORM ON. NO ONE WAS GIVEN DISCIPLINE; I YELLED AT MULTIPLE INMATES WHEN I NOTICED THEM LAST NIGHT AND, IN THE FUTURE, I WILL JUST START HANDING OUT DISCIPLINE INSTEAD OF BEING NICE WITH VERBAL WARNINGS. GRIEVANCE UNFOUNDED.

*SGT Taddy @ 10/14/2025 6:49 PM*