Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BAY WI 543
PM
05 NOV
20




SCANNED
NOV 10 2026

Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

5 of 15

53202345882 C024

Jesse Vang
1025 S. 9th Street
Manitowoc, WI 54220

GREEN BA
05 NOV




SCANNED
NOV 2026

Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

7 of 15

53202$4582 C024

Jesse Vang
1025 S. 9th St.
Manitowoc, WI 54220

GREEN BAY WI 543
PM
05 NOV
202




SCANNED
NOV 10 2026

Office of the Clerk
U.S. District Court 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

6 of 15

53202$4582 C024